| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) _____ Chapter 11 | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**     Try Trout and Industrial, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**     87-1675535

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | 11158 and 11189 Church Street<br>Truckee, CA 96161<br>Number, Street, City, State & ZIP Code | P.O. Box 2247<br>Menlo Park, CA 94026<br>P.O. Box, Number, Street, City, State & ZIP Code |
   | Nevada County<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 1

Debtor    **Try Trout and Industrial, LLC**          Case number (*if known*) _____
       Name

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

        District _____ When _____ Case number _____
        District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

Debtor    **Try Trout and Industrial, LLC**      Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

Where is the property? _____
    Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | Try Trout and Industrial, LLC | Case number (*if known*) _____ |
| | Name | |

8/26/25  3:02PM

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    August 27, 2025
                        MM / DD / YYYY

X _____    Randolph F. Lamb
Signature of authorized representative of debtor    Printed name

Title    Mg. Member of Lamb Partners, LLC, Manager of Debtor

**18. Signature of attorney**

X _____    Date  August 27, 2025
Signature of attorney for debtor                    MM / DD / YYYY

William M. Noall
Printed name

Garman Turner Gordon LLP
Firm name

7251 Amigo Street, Suite 210
Las Vegas, NV 89119
Number, Street, City, State & ZIP Code

Contact phone  725-777-3000    Email address  wnoall@gtg.legal

122244 CA
Bar number and State

## ACTION BY WRITTEN CONSENT OF THE MEMBERS AND MANAGER OF TRY TROUT AND INDUSTRIAL, LLC

Pursuant to that First Amended and Restated Operating Agreement for Try Trout and Industrial, LLC dated November 2, 2023, Lamb Partners, LLC, the Manager and the Member holding the Supermajority Interest of Try Trout and Industrial, LLC, a California limited liability company (the "*Company*"), resolves and adopts the following resolutions, effective as of August 4, 2025 (the "*Effective Date*"):

**RESOLVED:** Lamb Partners, LLC, the Manager of the Company, is hereby instructed and authorized to execute and file on behalf of the Company a petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California.

**FURTHER RESOLVED:** Randolph F. Lamb shall be designated as the natural person responsible for carrying out the duties of the Company as debtor and debtor-in-possession under the Bankruptcy Code, including but not limited to executing all pleadings and papers required to effectuate the reorganization of the Company under the Bankruptcy Code.

**FURTHER RESOLVED:** The Company authorizes, directs, and ratifies the Company's hiring of Garman Turner Gordon LLP to represent the Company in the Company's aforementioned bankruptcy case as the Company's general bankruptcy counsel.

**FURTHER RESOLVED:** The Company authorizes, directs, and ratifies the Company's hiring of the Menlo Law Group, PC to represent the Company in the Company's aforementioned bankruptcy case as the Company's local counsel.

**IN WITNESS WHEREOF**, the undersigned has executed this consent as of the Effective Date.

**TRY TROUT AND INDUSTRIAL LLC, a California limited liability company**

By: Lamb Partners, LLC, a California company, Manager and Member holding the Supermajority Interest,

By: *[signature]*
Randolph F. Lamb, Managing Member

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Try Trout and Industrial, LLC | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known): | | ☐ Check if this is an amended filing |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Broadbent Attn: Managing Member or Bankruptcy Dept 8 West Pacific Ave. Henderson, NV 89015 | | Professional Services | | | | $4,000.00 |
| Brodie Group Attn: Managing Member or Bankruptcy Dept 3033 Cleveland Ave., Ste. 100 Santa Rosa, CA 95403 | | Professional Services | | | | $105,435.85 |
| Brucilla Architecture Attn: Managing Member or Bankruptcy Dept 1601 Dove Street, Ste. 187 Newport Beach, CA 92660 | | Professional Services | | | | $416,450.00 |
| Eastern Sierra Attn: Managng Member or Bankrupty Dept 4515 Towne Drive Reno, NV 89521 | | Judgment | | | | $191,000.00 |
| ERPR, LLC dba East River PR Attn: Managing Member or Bankruptcy Dept P. O. Box 2758 Truckee, CA 96160 | | Professional Services | | | | $26,151.82 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor  **Try Trout and Industrial, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Grant Harmon<br>1250 Cloud Avenue<br>Menlo Park, CA 94025 | | Professional Services | | | | $4,037.50 |
| Integra Realty<br>590 Menlo Drive, Suite 1<br>Rocklin, CA 95765 | | Professional Services | | | | $3,500.00 |
| Keith Dudam<br>11665 Summit Club Dr., Unit 102<br>Las Vegas, NV 89135 | | Judgment | | | | $1,200,000.00 |
| Light Box<br>Attn: Managing Member or Bankruptcy Dept<br>P.O. Box 201584<br>Dallas, TX 75230 | | Professional Services | | | | $2,375.00 |
| Marc Szabo Studios<br>Attn: Managing Member or Bankruptcy Dept<br>13902 Fiji Wat, #126<br>Marina Del Rey, CA 90292 | | Professional Services | | | | $7,000.00 |
| Melton Design Group<br>Attn: Managing Member or Bankruptcy Dept<br>820 Broadway Street<br>Chico, CA 95928 | | Professional Services | | | | $20,636.00 |
| Montgomery Pacific Corporation<br>Attn: Managing Member or Bankruptcy Dept<br>4120 Douglas Blvd., #306-196<br>Granite Bay, CA 95746 | | Professional Services | | | | $20.69 |
| Real Graphic<br>Attn: Managing Member or Bankruptcy Dept<br>11025 Pioneer Trail, #103<br>Truckee, CA 96161 | | Professional Services | | | | $508.42 |

Debtor   **Try Trout and Industrial, LLC**   Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Stuart Moore Staub Attn: Managing Member or Bankruptcy Dept 641 Higuera St., Suite 302 San Luis Obispo, CA 93401** | | **Professional Services** | | | | $4,625.00 |

8/26/25 4:11PM

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re　Try Trout and Industrial, LLC　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)　Case No.
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

## VERIFICATION OF MASTER ADDRESS LIST

　　I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

　　I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:　August 27, 2025　　　　　　　　　　　　　/s/ [signature]
　　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100　(Rev. 6/20/17)

```
Ari J. Lauer
Law Offices of Ari J. Lauer, APC
2125 Oak Grove Road, Ste. 210
Walnut Creek, CA 94598


Broadbent
Attn: Managing Member or Bankruptcy Dept
8 West Pacific Ave.
Henderson, NV 89015


Brodie Group
Attn: Managing Member or Bankruptcy Dept
3033 Cleveland Ave., Ste. 100
Santa Rosa, CA 95403


Brucilla Architecture
Attn: Managing Member or Bankruptcy Dept
1601 Dove Street, Ste. 187
Newport Beach, CA 92660


Builders Capital Finance, LLC
c/o Polsinelli
Attn: Matt Moriarity
900 W. 48th Place, Ste. 900
Kansas City, MO 64112


Builders Capital Finance, LLC
1019 39th Ave. SE, Ste. 220
Puyallup, WA 98374


CA Dept. of Tax and Fee Administration
Collections Support Bureau,
Bankruptcy Section MIC 29
PO Box 942879
Sacramento, CA 95279


CA State Compensation and Inurance Fund
Attn: Corporate Legal
State Compensation Insurance Fund
P.O. Box 8192
Pleasanton, CA 94588


CA State Compensation and Inurance Fund
Attn: Cancellation, Bankruptcy & Pre Cov
State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588
```

```
California Employment Development Dept
Employment Development Department
PO Box 826880 MIC 92E
Sacramento, CA 94280


California Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812


Californiaa State License Board
Attn: Judgments Unit
P.O. Box 26000
Sacramento, CA 95826


Chief Counsel of Region IX
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220


Commodity Futures Trading Commission
1155 21st St. NW
Washington, DC 20581


Construction Loan Services II, LLC
Attn: Managing Member or Bankruptcy Dept
1019 39th Ave SE, Suite 220
Puyallup, WA 98374


Contractors State License Board
Attn: Judgments Unit
PO Box 26000
Sacramento, CA 95826


deNormandie, Sidlo & Associates PLLCC
Attn: Pete de Normandie
107 Spring Street
Seattle, WA 98104


Eastern Sierra
Attn: Managng Member or Bankrupty Dept
4515 Towne Drive
Reno, NV 89521
```

```
ERPR, LLC dba East River PR
Attn: Managing Member or Bankruptcy Dept
P. O. Box 2758
Truckee, CA 96160


Grant Harmon
1250 Cloud Avenue
Menlo Park, CA 94025


Health Education Assistance Loans
Public Health Service HHS
Room 4A53 Parklawn Bldg
5600 Fishers Ln
Rockville, MD 20857


Integra Realty
590 Menlo Drive, Suite 1
Rocklin, CA 95765


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jason P. Conte, Esq.
UP Greensfelder, LLP
312 Walnut Street, Ste. 1400
Cincinnati, OH 45202


Joel T. Shackelford, Esq.
Law Ofices of Joel T. Shakelford
12021 Wilshire Blvd., Ste. 522
Los Angeles, CA 90025


Keith Dudam
11665 Summit Club Dr., Unit 102
Las Vegas, NV 89135


Kern County Dept. Child Support Services
3701 N. Sillect Ave.
Bakersfield, CA 93308


Light Box
Attn: Managing Member or Bankruptcy Dept
P.O. Box 201584
Dallas, TX 75230
```

LP Monroe Street LLC
Lamb Partners LLC
PO Box 2247
Menlo Park, CA 94026


Lsquared
Attn: Managing Member
875 California Street, Suite 705
San Francisco, CA 94108


Marc Szabo Studios
Attn: Managing Member or Bankruptcy Dept
13902 Fiji Wat, #126
Marina Del Rey, CA 90292


Medicare/Health Care Financing Admin.
Regional Counsel - Medicare/Ctrs For M&M
US Dept of Health and Human Services
90 7th St., Ste. 4-500
San Francisco, CA 94103


Melton Design Group
Attn: Managing Member or Bankruptcy Dept
820 Broadway Street
Chico, CA 95928


Michigan Dept. of Treasury
Bureau of Tax Policy
Attn: Litigation Liaison
P.O. Box 30828
Lansing, MI 48909


Mississippi Dept. of Revenue
Office of General Counsel, BK Section
PO Box 22808
Jackson, MS 39225


Montgomery Pacific Corporation
Attn: Managing Member or Bankruptcy Dept
4120 Douglas Blvd., #306-196
Granite Bay, CA 95746


Nevada County Treasurer - Tax Collector
Attn: Bankruptcy Dept.
950 Maidu Ave., Suite 290
Nevada City, CA 95959

```
Oklahoma Tax Commission
Office of General Counsel, BK Section
120 N. Robinson #2000W
Oklahoma City, OK 73102


Real Graphic
Attn: Managing Member or Bankruptcy Dept
11025 Pioneer Trail, #103
Truckee, CA 96161


Sacramento County Dept.
of Child Support Services
PO Box 269112
Sacramento, CA 95826


Shasta County Counsel
Office of the County Counsel
1450 Court St., Ste. 332
Redding, CA 96001


Social Security Administration
Office of General Counsel
Office of Program Litigation Attn: BK
6401 Security Blvd.
Baltimore, MD 21235


Truckee Holdings, LLC
240 SE 2nd Avenue, Suite 200
Portland, OR 97214


Stuart Moore Staub
Attn: Managing Member or Bankruptcy
Dept 641 Higuera St., Suite 302
San Luis Obispo, CA 93401


Truckee Development Associates, LLC
Attn: Richard M. Holliday
1500 Park Avenue, #100
Emeryville, CA 94608


Truckee Development Associates, LLC
Attn: Jesse S. Finlayson
Finlayson Toffer Roosevelt & Lilly LLP
15615 Alton Pkwy., Ste. 270
Irvine, CA 92618
```

U.S. Department of Education
Attn: General Counsel
400 Maryland Ave. SW
Washington, DC 20202


U.S. Department of Veterans Affairs
Regional Counsel
1301 Clay St., Ste. 1300N
Oakland, CA 94612


U.S. Dept of Housing & Urban Development
Office of Regional Counsel, Region IX
One Sansome Street, Ste. 1200
San Francisco, CA 94104


U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Ste. 900
Los Angeles, CA 90071


U.S. Small Business Administration
Attn: District Counsel
455 G Street #4161
Davis, CA 95616


United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814


United States Department of Justice
Tax Division
Civil Trial Section Western Region
Box 683 Ben Frank Station
Washington, DC 20044


US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel ORC-3
75 Hawthorne St.
San Francisco, CA 94105


USDA Farm Service Agency
Attn: Farm Loan Programs
430 G St., #4161
Davis, CA 95616

8/26/25 4:11PM

# United States Bankruptcy Court
### Eastern District of California

In re　Try Trout and Industrial, LLC
　　　　　　　　　　　　　Debtor(s)

Case No.　　　　　　
Chapter　11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Brett A. Milnarich | Class B Membership | | 14% |
| Lamb Partners, LLC<br>PO Box 2247<br>Menlo Park, CA 94026 | Class B Membership | | 86% |
| LPG Capital I LLC<br>PO Box 2247<br>Menlo Park, CA 94026 | Class C Membership | | 20% |
| LPG Development, LLC<br>PO Box 2247<br>Menlo Park, CA 94026 | Class C Membership | | 80% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Mg. Member of Lamb Partners, LLC, Manager of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　August 27, 2025　　　　　　　Signature　_/s/ Randolph F. Lamb_
　　　　　　　　　　　　　　　　　　　　　　　　Randolph F. Lamb

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Eastern District of California

In re　**Try Trout and Industrial, LLC**　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter　**11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Try Trout and Industrial, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Brett A. Milnarich**

**Lamb Partners, LLC**
PO Box 2247
Menlo Park, CA 94026

**LPG Capital I LLC**
PO Box 2247
Menlo Park, CA 94026

**LPG Development, LLC**
PO Box 2247
Menlo Park, CA 94026

☐ None [*Check if applicable*]

**August 27, 2025**
Date

William M. Noall
Signature of Attorney or Litigant
Counsel for　**Try Trout and Industrial, LLC**
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, NV 89119
725-777-3000
wnoall@gtg.legal