**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re
Try Trout and Industrial, LLC

Case No.

**VERIFICATION OF MASTER ADDRESS LIST**

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    August 27, 2025                                   _____
                                                             Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | Physical Address: | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100   (Rev. 6/20/17)

Ari J. Lauer
Law Offices of Ari J. Lauer, APC
2125 Oak Grove Road, Ste. 210
Walnut Creek, CA 94598


Broadbent
Attn: Managing Member or Bankruptcy Dept
8 West Pacific Ave.
Henderson, NV 89015


Brodie Group
Attn: Managing Member or Bankruptcy Dept
3033 Cleveland Ave., Ste. 100
Santa Rosa, CA 95403


Brucilla Architecture
Attn: Managing Member or Bankruptcy Dept
1601 Dove Street, Ste. 187
Newport Beach, CA 92660


Builders Capital Finance, LLC
c/o Polsinelli
Attn: Matt Moriarity
900 W. 48th Place, Ste. 900
Kansas City, MO 64112


Builders Capital Finance, LLC
1019 39th Ave. SE, Ste. 220
Puyallup, WA 98374


CA Dept. of Tax and Fee Administration
Collections Support Bureau,
Bankruptcy Section MIC 29
PO Box 942879
Sacramento, CA 95279


CA State Compensation and Inurance Fund
Attn: Corporate Legal
State Compensation Insurance Fund
P.O. Box 8192
Pleasanton, CA 94588


CA State Compensation and Inurance Fund
Attn: Cancellation, Bankruptcy & Pre Cov
State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588

California Employment Development Dept
Employment Development Department
PO Box 826880 MIC 92E
Sacramento, CA 94280


California Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812


Californiaa State License Board
Attn: Judgments Unit
P.O. Box 26000
Sacramento, CA 95826


Chief Counsel of Region IX
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220


Commodity Futures Trading Commission
1155 21st St. NW
Washington, DC 20581


Construction Loan Services II, LLC
Attn: Managing Member or Bankruptcy Dept
1019 39th Ave SE, Suite 220
Puyallup, WA 98374


Contractors State License Board
Attn: Judgments Unit
PO Box 26000
Sacramento, CA 95826


deNormandie, Sidlo & Associates PLLCC
Attn: Pete de Normandie
107 Spring Street
Seattle, WA 98104


Eastern Sierra
Attn: Managng Member or Bankrupty Dept
4515 Towne Drive
Reno, NV 89521

ERPR, LLC dba East River PR
Attn: Managing Member or Bankruptcy Dept
P. O. Box 2758
Truckee, CA 96160


Grant Harmon
1250 Cloud Avenue
Menlo Park, CA 94025


Health Education Assistance Loans
Public Health Service HHS
Room 4A53 Parklawn Bldg
5600 Fishers Ln
Rockville, MD 20857


Integra Realty
590 Menlo Drive, Suite 1
Rocklin, CA 95765


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Jason P. Conte, Esq.
UP Greensfelder, LLP
312 Walnut Street, Ste. 1400
Cincinnati, OH 45202


Joel T. Shackelford, Esq.
Law Ofices of Joel T. Shakelford
12021 Wilshire Blvd., Ste. 522
Los Angeles, CA 90025


Keith Dudam
11665 Summit Club Dr., Unit 102
Las Vegas, NV 89135


Kern County Dept. Child Support Services
3701 N. Sillect Ave.
Bakersfield, CA 93308


Light Box
Attn: Managing Member or Bankruptcy Dept
P.O. Box 201584
Dallas, TX 75230

LP Monroe Street LLC
Lamb Partners LLC
PO Box 2247
Menlo Park, CA 94026


Lsquared
Attn: Managing Member
875 California Street, Suite 705
San Francisco, CA 94108


Marc Szabo Studios
Attn: Managing Member or Bankruptcy Dept
13902 Fiji Wat, #126
Marina Del Rey, CA 90292


Medicare/Health Care Financing Admin.
Regional Counsel - Medicare/Ctrs For M&M
US Dept of Health and Human Services
90 7th St., Ste. 4-500
San Francisco, CA 94103


Melton Design Group
Attn: Managing Member or Bankruptcy Dept
820 Broadway Street
Chico, CA 95928


Michigan Dept. of Treasury
Bureau of Tax Policy
Attn: Litigation Liaison
P.O. Box 30828
Lansing, MI 48909


Mississippi Dept. of Revenue
Office of General Counsel, BK Section
PO Box 22808
Jackson, MS 39225


Montgomery Pacific Corporation
Attn: Managing Member or Bankruptcy Dept
4120 Douglas Blvd., #306-196
Granite Bay, CA 95746


Nevada County Treasurer - Tax Collector
Attn: Bankruptcy Dept.
950 Maidu Ave., Suite 290
Nevada City, CA 95959

Oklahoma Tax Commission
Office of General Counsel, BK Section
120 N. Robinson #2000W
Oklahoma City, OK 73102


Real Graphic
Attn: Managing Member or Bankruptcy Dept
11025 Pioneer Trail, #103
Truckee, CA 96161


Sacramento County Dept.
of Child Support Services
PO Box 269112
Sacramento, CA 95826


Shasta County Counsel
Office of the County Counsel
1450 Court St., Ste. 332
Redding, CA 96001


Social Security Administration
Office of General Counsel
Office of Program Litigation Attn: BK
6401 Security Blvd.
Baltimore, MD 21235


Truckee Holdings, LLC
240 SE 2nd Avenue, Suite 200
Portland, OR 97214


Stuart Moore Staub
Attn: Managing Member or Bankruptcy
Dept 641 Higuera St., Suite 302
San Luis Obispo, CA 93401


Truckee Development Associates, LLC
Attn: Richard M. Holliday
1500 Park Avenue, #100
Emeryville, CA 94608


Truckee Development Associates, LLC
Attn: Jesse S. Finlayson
Finlayson Toffer Roosevelt & Lilly LLP
15615 Alton Pkwy., Ste. 270
Irvine, CA 92618

U.S. Department of Education
Attn: General Counsel
400 Maryland Ave. SW
Washington, DC 20202


U.S. Department of Veterans Affairs
Regional Counsel
1301 Clay St., Ste. 1300N
Oakland, CA 94612


U.S. Dept of Housing & Urban Development
Office of Regional Counsel, Region IX
One Sansome Street, Ste. 1200
San Francisco, CA 94104


U.S. Securities and Exchange Commission
Attn: Bankruptcy Counsel
444 South Flower Street, Ste. 900
Los Angeles, CA 90071


U.S. Small Business Administration
Attn: District Counsel
455 G Street #4161
Davis, CA 95616


United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814


United States Department of Justice
Tax Division
Civil Trial Section Western Region
Box 683 Ben Frank Station
Washington, DC 20044


US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel ORC-3
75 Hawthorne St.
San Francisco, CA 94105


USDA Farm Service Agency
Attn: Farm Loan Programs
430 G St., #4161
Davis, CA 95616