8/26/25 4:11PM

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

Try Trout and Industrial, LLC

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: August 27, 2025

_____
Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses:**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 6/20/17)

```
Ari J. Lauer
Law Offices of Ari J. Lauer, APC
2125 Oak Grove Road, Ste. 210
Walnut Creek, CA 94598


Broadbent
Attn: Managing Member or Bankruptcy Dept
8 West Pacific Ave.
Henderson, NV 89015


Brodie Group
Attn: Managing Member or Bankruptcy Dept
3033 Cleveland Ave., Ste. 100
Santa Rosa, CA 95403


Brucilla Architecture
Attn: Managing Member or Bankruptcy Dept
1601 Dove Street, Ste. 187
Newport Beach, CA 92660


Builders Capital Finance, LLC
c/o Polsinelli
Attn: Matt Moriarity
900 W. 48th Place, Ste. 900
Kansas City, MO 64112


Builders Capital Finance, LLC
1019 39th Ave. SE, Ste. 220
Puyallup, WA 98374


CA Dept. of Tax and Fee Administration
Collections Support Bureau,
Bankruptcy Section MIC 29
PO Box 942879
Sacramento, CA 95279


CA State Compensation and Inurance Fund
Attn: Corporate Legal
State Compensation Insurance Fund
P.O. Box 8192
Pleasanton, CA 94588


CA State Compensation and Inurance Fund
Attn: Cancellation, Bankruptcy & Pre Cov
State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588
```

California Employment Development Dept
Employment Development Department
PO Box 826880 MIC 92E
Sacramento, CA 94280


California Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812


Californiaa State License Board
Attn: Judgments Unit
P.O. Box 26000
Sacramento, CA 95826


Chief Counsel of Region IX
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220


Commodity Futures Trading Commission
1155 21st St. NW
Washington, DC 20581


Construction Loan Services II, LLC
Attn: Managing Member or Bankruptcy Dept
1019 39th Ave SE, Suite 220
Puyallup, WA 98374


Contractors State License Board
Attn: Judgments Unit
PO Box 26000
Sacramento, CA 95826


deNormandie, Sidlo & Associates PLLCC
Attn: Pete de Normandie
107 Spring Street
Seattle, WA 98104


Eastern Sierra
Attn: Managng Member or Bankrupty Dept
4515 Towne Drive
Reno, NV 89521

ERPR, LLC dba East River PR  
Attn: Managing Member or Bankruptcy Dept  
P. O. Box 2758  
Truckee, CA 96160

Grant Harmon  
1250 Cloud Avenue  
Menlo Park, CA 94025

Health Education Assistance Loans  
Public Health Service HHS  
Room 4A53 Parklawn Bldg  
5600 Fishers Ln  
Rockville, MD 20857

Integra Realty  
590 Menlo Drive, Suite 1  
Rocklin, CA 95765

Internal Revenue Service  
P.O. Box 7346  
Philadelphia, PA 19101

Jason P. Conte, Esq.  
UP Greensfelder, LLP  
312 Walnut Street, Ste. 1400  
Cincinnati, OH 45202

Joel T. Shackelford, Esq.  
Law Ofices of Joel T. Shakelford  
12021 Wilshire Blvd., Ste. 522  
Los Angeles, CA 90025

Keith Dudam  
11665 Summit Club Dr., Unit 102  
Las Vegas, NV 89135

Kern County Dept. Child Support Services  
3701 N. Sillect Ave.  
Bakersfield, CA 93308

Light Box  
Attn: Managing Member or Bankruptcy Dept  
P.O. Box 201584  
Dallas, TX 75230

LP Monroe Street LLC
Lamb Partners LLC
PO Box 2247
Menlo Park, CA 94026


Lsquared
Attn: Managing Member
875 California Street, Suite 705
San Francisco, CA 94108


Marc Szabo Studios
Attn: Managing Member or Bankruptcy Dept
13902 Fiji Wat, #126
Marina Del Rey, CA 90292


Medicare/Health Care Financing Admin.
Regional Counsel - Medicare/Ctrs For M&M
US Dept of Health and Human Services
90 7th St., Ste. 4-500
San Francisco, CA 94103


Melton Design Group
Attn: Managing Member or Bankruptcy Dept
820 Broadway Street
Chico, CA 95928


Michigan Dept. of Treasury
Bureau of Tax Policy
Attn: Litigation Liaison
P.O. Box 30828
Lansing, MI 48909


Mississippi Dept. of Revenue
Office of General Counsel, BK Section
PO Box 22808
Jackson, MS 39225


Montgomery Pacific Corporation
Attn: Managing Member or Bankruptcy Dept
4120 Douglas Blvd., #306-196
Granite Bay, CA 95746


Nevada County Treasurer - Tax Collector
Attn: Bankruptcy Dept.
950 Maidu Ave., Suite 290
Nevada City, CA 95959

Oklahoma Tax Commission
Office of General Counsel, BK Section
120 N. Robinson #2000W
Oklahoma City, OK 73102


Real Graphic
Attn: Managing Member or Bankruptcy Dept
11025 Pioneer Trail, #103
Truckee, CA 96161


Sacramento County Dept.
of Child Support Services
PO Box 269112
Sacramento, CA 95826


Shasta County Counsel
Office of the County Counsel
1450 Court St., Ste. 332
Redding, CA 96001


Social Security Administration
Office of General Counsel
Office of Program Litigation Attn: BK
6401 Security Blvd.
Baltimore, MD 21235


Truckee Holdings, LLC
240 SE 2nd Avenue, Suite 200
Portland, OR 97214


Stuart Moore Staub
Attn: Managing Member or Bankruptcy
Dept 641 Higuera St., Suite 302
San Luis Obispo, CA 93401


Truckee Development Associates, LLC
Attn: Richard M. Holliday
1500 Park Avenue, #100
Emeryville, CA 94608


Truckee Development Associates, LLC
Attn: Jesse S. Finlayson
Finlayson Toffer Roosevelt & Lilly LLP
15615 Alton Pkwy., Ste. 270
Irvine, CA 92618

```
                    U.S. Department of Education
                    Attn: General Counsel
                    400 Maryland Ave. SW
                    Washington, DC 20202


                    U.S. Department of Veterans Affairs
                    Regional Counsel
                    1301 Clay St., Ste. 1300N
                    Oakland, CA 94612


                    U.S. Dept of Housing & Urban Development
                    Office of Regional Counsel, Region IX
                    One Sansome Street, Ste. 1200
                    San Francisco, CA 94104


                    U.S. Securities and Exchange Commission
                    Attn: Bankruptcy Counsel
                    444 South Flower Street, Ste. 900
                    Los Angeles, CA 90071


                    U.S. Small Business Administration
                    Attn: District Counsel
                    455 G Street #4161
                    Davis, CA 95616


                    United States Attorney
                    501 I Street, Suite 10-100
                    Sacramento, CA 95814


                    United States Department of Justice
                    Tax Division
                    Civil Trial Section Western Region
                    Box 683 Ben Frank Station
                    Washington, DC 20044


                    US EPA Region 9 Bankruptcy Contact
                    Office of Regional Counsel ORC-3
                    75 Hawthorne St.
                    San Francisco, CA 94105


                    USDA Farm Service Agency
                    Attn: Farm Loan Programs
                    430 G St., #4161
                    Davis, CA 95616
```

Ari J. Lauer

Law Offices of Ari J. Lauer, APC

2125 Oak Grove Road, Ste. 210

Walnut Creek, CA 94598

Broadbent

Attn: Managing Member or Bankruptcy Dept

8 West Pacific Ave.

Henderson, NV 89015

Brodie Group

Attn: Managing Member or Bankruptcy Dept

480 Gate 5 Road, Suite 100

Sausalito, CA 94965

Brucilla Architecture

Attn: Managing Member or Bankruptcy Dept

1601 Dove Street, Ste. 187

Newport Beach, CA 92660

Builders Capital Finance, LLC

c/o Polsinelli

Attn: Matt Moriarity

900 W. 48th Place, Ste. 900

Kansas City, MO 64112

Builders Capital Finance, LLC

1019 39th Ave. SE, Ste. 220

Puyallup, WA 98374

CA Dept. of Tax and Fee Administration

Collections Support Bureau,

Bankruptcy Section MIC 29

PO Box 942879

Sacramento, CA 95279

CA State Compensation and Insurance

Fund Attn: Corporate Legal

State Compensation Insurance Fund

P.O. Box 8192

Pleasanton, CA 94588

CA State Compensation and Insurance Fund

Attn: Cancellation, Bankruptcy & Pre

Cov State Compensation Insurance Fund

PO Box 8192

Pleasanton, CA 94588

California Employment Development

Dept Employment Development Department

PO Box 826880 MIC 92E

Sacramento, CA 94280

California Franchise Tax Board

Bankruptcy Section MS A-340

PO Box 2952

Sacramento, CA 95812

California State License Board

Attn: Judgments Unit

P.O. Box 26000

Sacramento, CA 95826

Chief Counsel of Region IX

Secretary of the Treasury

1500 Pennsylvania Ave. NW

Washington, DC 20220

Commodity Futures Trading Commission

1155 21st St. NW

Washington, DC 20581

Construction Loan Services II, LLC

Attn: Managing Member or Bankruptcy Dept

1019 39th Ave SE, Suite 220

Puyallup, WA 98374

Contractors State License Board

Attn: Judgments Unit

PO Box 26000

Sacramento, CA 95826

deNormandie, Sidlo & Associates PLLCC

Attn: Pete de Normandie

107 Spring Street

Seattle, WA 98104

Eastern Sierra

Attn: Managing Member or Bankruptcy Dept

4515 Towne Drive

Reno, NV 89521

ERPR, LLC dba East River PR

Attn: Managing Member or Bankruptcy Dept

P. O. Box 2758

Truckee, CA 96160

Grant Harmon

1250 Cloud Avenue

Menlo Park, CA 94025

Health Education Assistance Loans

Public Health Service HHS

Room 4A53 Parklawn

Bldg 5600 Fishers Ln

Rockville, MD 20857

Integra Realty

590 Menlo Drive, Suite 1

Rocklin, CA 95765

Internal Revenue Service

P.O. Box 7346

Philadelphia, PA 19101

Jason Blumberg

501 I Street, Suite 7-500

Sacramento, California 95814-2322

Jason P. Conte, Esq.

UP Greensfelder, LLP

312 Walnut Street, Ste. 1400

Cincinnati, OH 45202

Joel T. Shackelford, Esq.

Law Offices of Joel T. Shakelford

12021 Wilshire Blvd., Ste. 522

Los Angeles, CA 90025

Keith Dudam

11665 Summit Club Dr., Unit 102

Las Vegas, NV 89135

Kern County Dept. Child Support Services

3701 N. Sillect Ave.

Bakersfield, CA 93308

Light Box

Attn: Managing Member or Bankruptcy Dept

P.O. Box 201584

Dallas, TX 75230

LP Monroe Street LLC

Lamb Partners LLC

PO Box 2247

Menlo Park, CA 9402

Lsquared

Attn: Managing Member

875 California Street, Suite 705 San Francisco, CA 94108

Marc Szabo Studios

Attn: Managing Member or Bankruptcy Dept

13902 Fiji Wat, #126

Marina Del Rey, CA 90292

Medicare/Health Care Financing Admin.

Regional Counsel - Medicare/Ctrs For

M&M US Dept of Health and Human Services

90 7th St., Ste. 4-500

San Francisco, CA 94103

Melton Design Group

Attn: Managing Member or Bankruptcy Dept

820 Broadway Street

Chico, CA 95928

Michigan Dept. of Treasury Bureau of Tax Policy

Attn: Litigation Liaison

P.O. Box 30828

Lansing, MI 48909

Mississippi Dept. of Revenue

Office of General Counsel, BK Section

PO Box 22808

Jackson, MS 39225

Montgomery Pacific Corporation

Attn: Managing Member or Bankruptcy Dept

4120 Douglas Blvd., #306-196

Granite Bay, CA 95746

Nevada County Treasurer - Tax Collector

Attn: Bankruptcy Dept.

950 Maidu Ave., Suite 290

Nevada City, CA 95959

Oklahoma Tax Commission

Office of General Counsel, BK Section

120 N. Robinson #2000W

Oklahoma City, OK 73102


Real Graphic

Attn: Managing Member or Bankruptcy Dept

11025 Pioneer Trail, #103

Truckee, CA 96161


Sacramento County Dept. of Child Support Services

PO Box 269112

Sacramento, CA 95826


Shasta County Counsel

Office of the County Counsel

1450 Court St., Ste. 332

Redding, CA 96001


Social Security Administration

Office of General Counsel

Office of Program Litigation Attn: BK

6401 Security Blvd.

Baltimore, MD 21235


Truckee Holdings, LLC

240 SE 2nd Avenue, Suite 200

Portland, OR 97214

Stuart Moore Staub

Attn: Managing Member or Bankruptcy Dept

641 Higuera St., Suite 302

San Luis Obispo, CA 93401

Truckee Development Associates, LLC

Attn: Richard M. Holliday

1500 Park Avenue, #100

Emeryville, CA 94608

Truckee Development Associates, LLC

Attn: Jesse S. Finlayson, Esq.

Finlayson Toffer Roosevelt & Lilly LLP

15615 Alton Pkwy., Ste. 270

Irvine, CA 92618

U.S. Department of Education

Attn: General Counsel

400 Maryland Ave. SW

Washington, DC 20202

U.S. Department of Veterans Affairs

Regional Counsel

1301 Clay St., Ste. 1300N

Oakland, CA 94612

U.S. Dept of Housing & Urban Development

Office of Regional Counsel, Region IX

One Sansome Street, Ste. 1200

San Francisco, CA 94104

U.S. Securities and Exchange Commission

Attn: Bankruptcy Counsel

444 South Flower Street, Ste. 900

Los Angeles, CA 90071

U.S. Small Business Administration

Attn: District Counsel

455 G Street #4161

Davis, CA 95616

United States Attorney

501 I Street, Suite 10-100

Sacramento, CA 95814

United States Department of Justice Tax Division

Civil Trial Section Western Region

Box 683 Ben Frank Station

Washington, DC 20044

US EPA Region 9 Bankruptcy Contact Office

of Regional Counsel

ORC-3 75 Hawthorne St.

San Francisco, CA 94105

USDA Farm Service Agency

Attn: Farm Loan Programs 430 G St., #4161

Davis, CA 95616