United States Bankruptcy Court
Eastern District of California

In re:
Try Trout and Industrial, LLC
Debtor

Case No. 25-24548-B
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0972-2 User: auto 
Date Rcvd: Aug 27, 2025 Form ID: L50 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Try Trout and Industrial, LLC, PO Box P.O. Box 2247, Menlo Park, CA 94026-6217 |
| aty | + | William M. Noall, 7251 Amigo Street, Suite 210, Las Vegas, NV 89119-4302 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | JASON BLUMBERG |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2025 Signature: /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# ORDER RE CHAPTER 11 STATUS CONFERENCE AND NOTICE THEREOF

**Case Number:** 25–24548 – B – 11
**Docket Control Number:** CAE–1
(Docket Control number CAE–1 must be used on all status conference reports, and for original and continued hearings in this case.)

**Debtor Name(s) and Address(es):**

Try Trout and Industrial, LLC
PO Box P.O. Box 2247
Menlo Park, CA 94026

**IT IS ORDERED** that, pursuant to 11 U.S.C. § 105(d), the principal bankruptcy counsel for the debtor in possession, or counsel for the Chapter 11 trustee if one has been appointed, and counsel for the creditors' committee (if any) shall appear for a status conference on the following date, time and place:

**DATE & TIME:** 10/7/25 at 11:00 AM
**PLACE:** U.S. Bankruptcy Court
Courtroom 32, 6th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

In addition, the United States Trustee and any creditor or party in interest is invited to attend. The purpose of the conference is to expedite the chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

**IT IS FURTHER ORDERED** that at least 14 days prior to the date of the foregoing Initial Status Conference date, the debtor in possession, or Chapter 11 trustee if one has been appointed, shall file a Status Report (which shall include Items 1–9 below) and shall serve that report on the case or standing trustee, the United States Trustee, any committee appointed pursuant to Bankruptcy Code § 1102 or its authorized agents, or if no such committee is appointed, the creditors referred to in the list filed pursuant to Federal Rule of Bankruptcy Procedure 1007(d), and all creditors and other parties in interest who have requested special notice in this case.

At the status conference, principal bankruptcy counsel for the debtor in possession, or counsel for the Chapter 11 Trustee if one has been appointed, shall appear personally and shall be prepared to advise the court concerning the following:

1. Administrative solvency of the estate, including identification and treatment of potential professional fees and § 503(b)(9) administrative claims.
2. Motions for relief from stay which are pending or which have already been acted upon.
3. Motions under Bankruptcy Code § 365(d)(3) or (4) which are pending or which have already been acted upon.
4. The status of any stipulations or motions for use of cash collateral or the obtaining of credit.
5. Whether the proper employment of professionals has been accomplished.
6. Any pending motions to convert or dismiss the chapter 11 case, or to appoint a chapter 11 trustee.

Continued on Next Page

7. Intentions concerning a reorganization plan, including a realistic timetable for filing a disclosure statement and a plan and for setting hearings on both.
8. The timely filing of monthly operating reports, the establishment of debtor−in−possession bank accounts, payment of United States Trustee's fees and proof of adequate insurance.
9. Any other matters which might materially affect the administration of this chapter 11 case.

**This is notice that** the court may, *sua sponte*, at the status conference, order the case dismissed or converted to chapter 7, or may order the appointment of a chapter 11 trustee.

Dated:
8/27/25

For the Court,
Scott Yach , Clerk