United States Bankruptcy Court

Eastern District of California

In re: Case No. 25-24548-B

Try Trout and Industrial, LLC Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2      User: admin      Page 1 of 3

Date Rcvd: Aug 29, 2025      Form ID: 309F1      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Try Trout and Industrial, LLC, PO Box P.O. Box 2247, Menlo Park, CA 94026-6217 |
| 24052126 | + | Ari J Lauer, Law Offices of Ari J Lauer APC, 2125 Oak Grove Road Ste 210, Walnut Creek CA 94598-2521 |
| 24052127 | + | Broadbent, Attn Managing Member or Bankruptcy De, 8 West Pacific Ave, Henderson NV 89015-7383 |
| 24052128 | + | Brodie Group, Attn Managing Member or Bankruptcy De, 3033 Cleveland Ave Ste 100, Santa Rosa CA 95403-2126 |
| 24052129 | + | Brucilla Architecture, Attn Managing Member or Bankruptcy De, 1601 Dove Street Ste 187, Newport Beach CA 92660-2441 |
| 24052130 | + | Builders Capital Finance LLC, c o Polsinelli, Attn Matt Moriarity, 900 W 48th Place Ste 900, Kansas City MO 64112-1899 |
| 24052131 | + | Builders Capital Finance LLC, 1019 39th Ave SE Ste 220, Puyallup WA 98374-2116 |
| 24052134 | + | CA State Compensation and Inurance Fu, Attri Cancellation Bankruptcy Pre Co, State Compensation Insurance Fund, PO Box 8192, Pleasanton CA 94588-8792 |
| 24052133 | + | CA State Compensation and Inurance Fu, Attn Corporate Legal, State Compensation Insurance Fund, P O Box 8192, Pleasanton CA 94588-8792 |
| 24052137 | + | Californiaa State License Board, Attn Judgments Unit, P O Box 26000, Sacramento CA 95826-0026 |
| 24052138 | + | Chief Counsel of Region IX, Secretary of the Treasury, 1500 Pennsylvania Ave NW, Washington DC 20220-0001 |
| 24052140 | + | Construction Loan Services II LLC, Attn Managing Member or Bankruptcy Dep, 1019 39th Ave SE Suite 220, Puyallup WA 98374-2116 |
| 24052141 | + | Contractors State License Board, Attn Judgments Unit, PO Box 26000, Sacramento CA 95826-0026 |
| 24052144 | + | ERPR LLC dba Eas, Attn Managing Member or Bankruptcy De, P 0 Box 2758, Truckee CA 96160-2758 |
| 24052143 | + | Eastern Sierra, Attn Managng Member or Bankrupty Dept, 4515 Towne Drive, Reno NV 89521-9807 |
| 24052145 | + | Grant Harmon, 1250 Cloud Avenue, Menlo Park CA 94025-6046 |
| 24052146 | + | Health Education Assistance Loans, Public Health Service HHS, Room 4A53 Parklawn Bldg, 5600 Fishers Ln, Rockville MD 20852-1779 |
| 24052147 | #+ | Integra Realty, 590 Menlo Drive Suite 1, Rocklin CA 95765-3724 |
| 24052149 | + | Jason P Conte Esq, UP Greensfelder LLP, 312 Walnut Street Ste 1400, Cincinnati OH 45202-4029 |
| 24052150 | + | Joel T Shackelford Esq, Law Ofices of Joel T Shakelford, 12021 Wilshire Blvd Ste 522, Los Angeles CA 90025-1206 |
| 24052151 | + | Keith Dudam, 11665 Summit Club Dr Unit 102, Las Vegas NV 89135-7935 |
| 24052152 | + | Kern County Dept Child Support Servi, 3701 N Sillect Ave, Bakersfield CA 93308-6330 |
| 24052154 | + | LP Monroe Street LL, Lamb Partners LLC, PO Box 2247, Menlo Park CA 94026-2247 |
| 24052153 | + | Light Box, Attn Managing Member or Bankruptcy De, P O Box 201584, Dallas TX 75320-1584 |
| 24052155 | + | Lsquared, Attn Managing Member, 875 California Street Suite 705, San Francisco CA 94108-2336 |
| 24052156 | | Marc Szabo Studios, Attn Managing Member or Bankruptcy Dep, 13902 Fiji Wat 126, Marina Del Rey CA 90292 |
| 24052157 | + | Medicare Health Care Financing Admin, Regional Counsel - Medicare Ctrs For M, US Dept of Health and Human Services, 90 7th St Ste 4-500, San Francisco CA 94103-6721 |
| 24052158 | + | Melton Design Group, Attn Managing Member or Bankruptcy De, 820 Broadway Street, Chico CA 95928-5529 |
| 24052159 | + | Michigan Dept of Treasury, Bureau of Tax Policy, Attn Litigation Liaison, P O Box 30828, Lansing MI 48909-8311 |
| 24052161 | + | Montgomery Pacific Corporation, Attn Managing Member or Bankruptcy Dep, 4120 Douglas Blvd 306-196, Granite Bay CA 95746-5936 |
| 24052162 | + | Nevada County Treasurer - Tax Collecto, Attn Bankruptcy Dept, 950 Maidu Ave Suite 290, Nevada City CA 95959-8600 |
| 24052164 | + | Real Graphic, Attn ManagingMember or Bankruptcy D, 11025 Pioneer Trail 103, Truckee CA 96161-0250 |
| 24052165 | + | Sacramento County Dept, of Child Support Services, PO Box 269112, Sacramento CA 95826-9112 |
| 24052166 | + | Shasta County Counsel, Office of the County Counsel, 1450 Court St Ste 332, Redding CA 96001-1675 |
| 24052169 | + | Stuart Moore Staub, Attn Managing Member or Bankruptcy, Dept 641 Higuera St Suite 302, San Luis Obispo CA 93401-3537 |
| 24052171 | + | Truckee Development Associates LLC, Attn Jesse S Finlayson, Finlayson Tofr Roosevelt Lilly LLP, 15615 Alton Pkwy Ste 270, Irvine CA 92618-7307 |
| 24052170 | + | Truckee Development Associates LLC, Attn Richard M Holliday, 1500 Park Avenue 100, Emeryville CA 94608-3543 |
| 24052168 | + | Truckee Holdings LLC, 240 SE 2nd Avenue Suite 200, Portland OR 97214-1004 |
| 24052173 | + | U S Department of Veterans Affairs, Regional Counsel, 1301 Clay St Ste 1300N, Oakland CA 94612-5238 |
| 24052175 | + | U S Securities and Exchange Commissio, Attn Bankruptcy Counsel, 444 South Flower Street Ste 900, Los Angeles CA 90071-2934 |
| 24052176 | | U S Small Business Administration, Attn District Counsel, 455 G Street 4161, Davis CA 95616 |

Filed 08/31/25     Case 25-24548     Doc 10

| District/off: 0972-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: 309F1 | Total Noticed: 59 |

| | | |
|---|---|---|
| 24052180 | + | USDA Farm Service Agency, Attn Farm Loan Programs, 430 G St 4161, Davis CA 95616-4161 |
| 24052142 | + | deNormandie Sidlo Associates PLLCC, Attn Pete de Normandie, 107 Spring Street, Seattle WA 98104-1005 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: wnoall@gtg.legal | Aug 30 2025 01:18:00 | William M. Noall, 7251 Amigo Street, Suite 210, Las Vegas, NV 89119 |
| smg | EDI: EDD.COM | Aug 30 2025 05:10:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Aug 30 2025 05:10:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| smg | EDI: IRS.COM | Aug 30 2025 05:10:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 24052132 | + EDI: CALTAXFEE | Aug 30 2025 05:10:00 | CA Dept of Tax and Fee Administration, Collections Support Bureau, Bankruptcy Section MIC 29, PO Box 942879, Sacramento CA 94279-0001 |
| 24052135 | + EDI: EDD.COM | Aug 30 2025 05:10:00 | California Employme, Employment Development Department, PO Box 826880 MIC 92E, Sacramento CA 94280-0001 |
| 24052136 | + EDI: CALTAX.COM | Aug 30 2025 05:10:00 | California Franchise Tax Board, Bankruptcy Section MS A-340, PO Box 2952, Sacramento CA 95812-2952 |
| 24052139 | + Email/Text: secretary@cftc.gov | Aug 30 2025 01:19:00 | Commodity Futures Trading Commission, 1155 21st St NW, Washington DC 20581-0001 |
| 24052160 | + EDI: MSDOR | Aug 30 2025 05:10:00 | Mississippi Dept of Revenue, Office of General Counsel BK Section, PO Box 22808, Jackson MS 39225-2808 |
| 24052163 | + Email/Text: bankruptcysecretary@tax.ok.gov | Aug 30 2025 01:18:00 | Oklahoma Tax Comm, Office of General Counsel BK Section, 120 N Robinson 2000W, Oklahoma City OK 73102-7801 |
| 24052167 | + Email/Text: ssa.bankruptcy@ssa.gov | Aug 30 2025 01:18:00 | Social Security Administration, Office of General Counsel, Office of Program Litigation Attn BK, 6401 Security Blvd, Baltimore MD 21235-0001 |
| 24052178 | Email/Text: TAX-CTS-Western.BankruptcyMail@usdoj.gov | Aug 30 2025 01:18:00 | United States Department of Justice, Tax Division, Civil Trial Section Western Region, Box 683 Ben Frank Station, Washington DC 20044 |
| 24052172 | ^ MEBN | Aug 30 2025 01:11:22 | U S Department of, Attn General Counsel, 400 Maryland Ave SW, Washington DC 20202-0001 |
| 24052174 | + Email/PDF: OGCRegionIXBankruptcy@hud.gov | Aug 30 2025 01:26:35 | U S Dept of Housing Urban Developme, Office of Regional Counsel Region IX, One Sansome Street Ste 1200, San Francisco CA 94104-4430 |
| 24052179 | + EDI: DFAS.COM | Aug 30 2025 05:10:00 | US EPA Region 9 Bankruptcy Contact, Office of Regional Counsel ORC-3, 75 HaWthorne St, San Francisco CA 94105-3920 |
| 24052177 | + Email/Text: Usacae-bankruptcy@usdoj.gov | Aug 30 2025 01:18:00 | United States Attorney, 501 I Street Suite 10-100, Sacramento CA 95814-7306 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0972-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: 309F1 | Total Noticed: 59 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | JASON BLUMBERG |
| 24052148 | *+ | Internal Revenue Service, P O Box 7346, Philadelphia PA 19101-7346 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 31, 2025　　　　　　　　　　Signature:　　/s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Try Trout and Industrial, LLC** <br> Name | EIN | **87–1675535** |
| United States Bankruptcy Court | **Eastern District of California** | Date case filed for chapter **11:** | **8/27/25** |
| Case number: | **25–24548 – B – 11** | | |

10/20

# Official Form 309F1 (For Corporations or Partnerships)

## Notice of Chapter 11 Bankruptcy Case

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, equity security holders, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Try Trout and Industrial, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | PO Box P.O. Box 2247 <br> Menlo Park, CA 94026 | |
| **4. Debtor's attorney** <br> Name and address | William M. Noall <br> 7251 Amigo Street, Suite 210 <br> Las Vegas, NV 89119 | Contact phone: 7257773000 |
| **5. Bankruptcy clerk's office** <br><br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert T Matsui United States Courthouse <br> 501 I Street, Suite 3–200 <br> Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM <br> www.caeb.uscourts.gov <br> Contact phone (916) 930–4400 <br><br> Date: 8/29/25 |
| **6. Meeting of creditors** <br><br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 2, 2025 at 11:30 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Sacramento Conference Line: 888–330–1716, Passcode: 4191086#** <br><br> For additional meeting information go to www.justice.gov/ust/moc |

For more information, see page 2 >

| 7. Proof of claim deadline | **Deadline for filing proof of claim:**              **Filing Deadline: 12/31/25** |
|---|---|
| | **For a governmental unit:**                        **Filing Deadline: 2/23/26** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, www.caeb.uscourts.gov, or at one of the Eastern District of California divisional offices. You may also complete a paperless proof of claim online at www.caeb.uscourts.gov/ElectronicClaims.aspx. |
| | Your claim will be allowed in the amount scheduled unless: |
| | • your claim is designated as *disputed*, *contingent*, or *unliquidated*; |
| | • you file a proof of claim in a different amount; or |
| | • you receive another notice. |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important non–monetary rights, including the right to a jury trial. |
| **8. Exception to discharge deadline** | If § 523(c) applies to your claim and you seek to have it excepted form discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. |
| The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | **Deadline for filing the complaint:  12/1/25** |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| **12. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. |