# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re: TRY TROUT AND INDUSTRIAL, LLC<br><br>Debtor. | Bankruptcy Case No. 2025-24548 |
|---|---|
| v.<br><br>Plaintiff(s),<br><br>Defendant(s). | Adversary Proceeding No. |

### APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Talitha Gray Kozlowski hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Try Trout and Industrial, LLC.

On November 19, 2004 (date), I was admitted to practice and am presently in good standing in the United States Bankruptcy Court, District of Nevada (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

The $300.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number 200014513). **[NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]**

Date: 8/28/2025                    Signature of Applicant: _____

EDC 2-602, Rev. 12/18/23

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Talitha Gray Kozlowski |
| Law Firm Name: | Garman Turner Gordon, LLP |
| Address: | 7251 Amigo Street, Suite 210 |
| City: | Las Vegas    State: NV    Zip: 89119 |
| Phone Number | ( 725 ) 777-3000 |
| City and State of Residence: | Las Vegas, Nevada |
| Primary E-mail Address: | tgray@gtg.legal |
| Secondary E-mail Address: | bknotices@gtg.legal |

**Local Attorney**

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer Hagan, Esq. |
| Law Firm Name: | Menlo Law Group, PC |
| Address: | The Canopy Building |
| | 1300 El Camino Real, Suite 100 |
| City: | Menlo Park    State: CA    Zip: 94025 |
| Phone Number: | ( 650 ) 322-8498 |
| State Bar Number: | 157127 |

### ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

**Dated:** September 02, 2025

Christopher D. Jaime, Judge
United States Bankruptcy Court

# STATE BAR OF NEVADA



### CERTIFICATE OF STANDING

| | |
|---|---|
| **Issue Date:** | 8/5/2025 |
| **Attorney Name:** | Talitha B. Gray Kozlowski |
| **Neveda Bar Number:** | 9040 |
| **License Type:** | ATTORNEY |
| **License Status:** | Active |
| **Admit/Certification Date:** | 10/20/2004 |

**3100 W. Charleston Blvd.
Suite 100
Las Vegas, NV 89102
phone 702.382.2200
toll free 800.254.2797
fax 702.382.2075**

**9456 Double R Blvd., Ste. B
Reno, NV 89521-5977
phone 775.329.4100
fax 775.329.0522**

**www.nvbar.org**

To Whom It May Concern:

The State Bar of Nevada records indicate that the attorney named above was admitted or certified to practice in the State of Nevada and is in good standing as of the issue date.

If the attorney's License Type is NMATTORNEY (non-member attorney), they were certified to practice pursuant to Nevada Supreme Court Rule 49.1 'Limited practice certification for certain attorneys'. Refer to License Status for the subsection.

This certification expires 30 days from the issue date unless sooner revoked or rendered invalid by operation of rule or law.

Questions may be directed to  memberservices@nvbar.org.

*Mary Jorgensen*
Mary Jorgensen
Member Services Director

No.2025 -10628861

verify by email at memberservices@nvbar.org

Generated: Aug 28, 2025 2:14PM                                                                 Page 1/1

# U.S. District Court

## California Eastern - Sacramento

Receipt Date: Aug 28, 2025 2:14PM

Talitha Gray Kozlowski

Rcpt. No: 200014513              Trans. Date: Aug 28, 2025 2:14PM              Cashier ID: #OM (4832)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DCAE225LB000083 /001 PRO HAC | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #9633 | 08/28/2025 | | $300.00 |
| | | | | Total Due Prior to Payment: | $300.00 |
| | | | | Total Tendered: | $300.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.