**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re    TRY TROUT AND INDUSTRIAL, LLC    )
)
)    Case No. 25-24548
)
               Debtor(s).           )    **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- [ ] Petition
- [✓] Creditor Matrix
- [X] List of 20 Largest Unsecured Creditors
- [✓] Schedules (check appropriate boxes).
  - [✓] A/B [✓] C [✓] D [✓] E/F [✓] G [✓] H [ ] I [ ] J
- [✓] Summary of Schedules of Assets and Liabilities
- [✓] Statement of Financial Affairs
- [ ] Statement of Intention
- [✓] List of Equity Security Holders

**A fee of $34 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

**NOTICE OF AMENDMENT TO AFFECTED PARTIES**

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: September 10, 2025    Attorney's or *Pro Se* Debtor's Signature: _____
                                               Printed Name:    Talitha Gray Kozlowski

**DECLARATION BY DEBTOR**

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: September 10, 2025                        Dated:
_____                   _____
Debtor's Signature                                       Joint Debtor's Signature

**INSTRUCTIONS**

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Cashier's checks and money orders should be made payable to "Clerk, U.S. Bankruptcy Court." No personal checks accepted from non-attorneys. **No cash accepted.** Debit cards accepted in person at our three divisional offices.

EDC 2-015. Revised 12/23

**Fill in this information to identify the case:**

Debtor name: **Try Trout and Industrial, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|

**2.1**   Construction Loan Services II, LLC
Creditor's Name

Attn: Managing Member or Bankruptcy Dept
1019 39th Ave SE, Suite 220
Puyallup, WA 98374
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
APNs: 019-421-011-000, 019-421-012-000, 019-421-014-000, 019-421-021-000 and 019-421-022-000

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount: **$23,194,036.28**    Value: **$65,760,000.00**

---

**2.2**   Keith Dudum
Creditor's Name

11665 Summit Club Dr., Unit 102
Las Vegas, NV 89135
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
Judgment

**Describe the lien**
Judgment

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount: **$1,360,250.00**    Value: **$65,760,000.00**

| Debtor | **Try Trout and Industrial, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

- [ ] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.3 | **Nevada County Treasurer - Tax Collector** | Describe debtor's property that is subject to a lien | $960,365.92 | $65,760,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept.
950 Maidu Ave., Suite 290
Nevada City, CA 95959**
Creditor's mailing address

**Taxes**

**Describe the lien**
**Tax**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.4 | **Truckee Development Associates, LLC** | Describe debtor's property that is subject to a lien | $6,994,241.30 | $65,760,000.00 |
|---|---|---|---|---|

Creditor's Name

**Attn: Richard M. Holliday
1500 Park Avenue, #100
Emeryville, CA 94608**
Creditor's mailing address

**APNs 019-421-011-0000, 019-421-012-0000, 019-421-014-0000, 019-421-021-0000, and 019-421-022-0000**

**Describe the lien**
**Deed of Trust**

**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- [ ] No
- [x] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$32,348,643.50**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | Try Trout and Industrial, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Ari J. Lauer**<br>**Law Offices of Ari J. Lauer, APC**<br>**2125 Oak Grove Road, Ste. 210**<br>**Walnut Creek, CA 94598** | Line __2.2__ | |
| **Builders Capital Finance, LLC**<br>**c/o Polsinelli**<br>**Attn: Matt Moriarity**<br>**900 W. 48th Place, Ste. 900**<br>**Kansas City, MO 64112** | Line __2.1__ | |
| **Builders Capital Finance, LLC**<br>**1019 39th Ave. SE, Ste. 220**<br>**Puyallup, WA 98374** | Line __2.1__ | |
| **Truckee Development Associates, LLC**<br>**Attn: Jesse S. Finlayson**<br>**Finlayson Toffer Roosevelt & Lilly LLP**<br>**15615 Alton Pkwy., Ste. 270**<br>**Irvine, CA 92618** | Line __2.4__ | |

Official Form 206D　　　Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**　　　page 3 of 3

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Try Trout and Industrial, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Adam Richardson**<br>**P.O. Box 7080**<br>**San Carlos, CA 94070**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | | $571,188.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Broadbent**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**8 West Pacific Ave.**<br>**Henderson, NV 89015**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | | $4,000.00 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Brodie Group**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**3033 Cleveland Ave., Ste. 100**<br>**Santa Rosa, CA 95403**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | | $105,435.85 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Brucilla Architecture**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**1601 Dove Street, Ste. 187**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | | $416,450.00 |

| Debtor | Try Trout and Industrial, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.5 | COKK Investments, LLC<br>8585 La Jolla Shores Dr.<br>La Jolla, CA 92037<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.6 | Eastern Sierra Engineering, Inc.<br>Attn: Managng Member or Bankrupty Dept<br>4515 Towne Drive<br>Reno, NV 89521<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Judgment__<br>Is the claim subject to offset? ■ No  ☐ Yes | $191,000.00 |
| 3.7 | ERPR, LLC dba East River PR<br>Attn: Managing Member or Bankruptcy Dept<br>P. O. Box 2758<br>Truckee, CA 96160<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | $26,151.82 |
| 3.8 | Ghannam & Taweel Investments LLC<br>19424 Gerald Street<br>Northville, MI 48167<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.9 | Grant Harmon<br>1250 Cloud Avenue<br>Menlo Park, CA 94025<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | $4,037.50 |
| 3.10 | Hani Juha<br>847 Peary Lane<br>Foster City, CA 94404<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.11 | Huda Mogannam<br>c/o Rosemary Omron<br>2448 Great Highway, Apt. 5<br>San Francisco, CA 94116<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Judgment Related Claims__<br>Is the claim subject to offset? ■ No  ☐ Yes | $606,475.80 |

Debtor **Try Trout and Industrial, LLC**     Case number (if known) _____
     Name

| | | |
|---|---|---:|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Integra Realty**<br>**590 Menlo Drive, Suite 1**<br>**Rocklin, CA 95765**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $3,500.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**J&E Real Estate, LLC**<br>**1225 Rodi Road**<br>**Turtle Creek, PA 15145**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Lamb Partners, LLC**<br>**Attn: Randolph Lamb**<br>**P.O. Box 2247**<br>**Menlo Park, CA 94026**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Management Fees and Loans**<br>Is the claim subject to offset? ■ No ☐ Yes | $978,947.28 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Light Box**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**P.O. Box 201584**<br>**Dallas, TX 75230**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br>Is the claim subject to offset? ■ No ☐ Yes | $2,375.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Lisa Carey-Lamb**<br>**P.O. Box 2247**<br>**Menlo Park, CA 94026**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $100,000.00 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Lisa Carey-Lamb and Randolph Lamb**<br>**P.O. Box 2247**<br>**Menlo Park, CA 94026**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $1,350,000.00 |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**LPG Dev Fund, LLC**<br>**P.O. Box 2247**<br>**Menlo Park, CA 94026**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br>Is the claim subject to offset? ■ No ☐ Yes | $800,000.00 |

Debtor **Try Trout and Industrial, LLC**　　　　　　　Case number (if known) _____
　　　　Name

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Lsquared**<br>**Attn: Managing Member**<br>**875 California Street, Suite 705**<br>**San Francisco, CA 94108**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$73,000.00** |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Marc Szabo Studios**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**13902 Fiji Wat, #126**<br>**Marina Del Rey, CA 90292**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$7,000.00** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Melton Design Group**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**820 Broadway Street**<br>**Chico, CA 95928**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$20,636.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Montgomery Pacific Corporation**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**4120 Douglas Blvd., #306-196**<br>**Granite Bay, CA 95746**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$20.69** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Real Graphic**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**11025 Pioneer Trail, #103**<br>**Truckee, CA 96161**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$508.42** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**RNE Investments, LLC**<br>**354 Tranquill Peak Court**<br>**Henderson, NV 89012**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Stuart Moore Staub**<br>**Attn: Managing Member or Bankruptcy Dept**<br>**641 Higuera St., Suite 302**<br>**San Luis Obispo, CA 93401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Services__<br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,625.00** |

Debtor **Try Trout and Industrial, LLC**
Name

Case number (if known) _____

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Swain Property Solutions, LLC<br>374 Lake Valley Drive<br>Franklin, TN 37069 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Travis Vargo<br>12202 Overcup Drive<br>Houston, TX 77024 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** __<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3: List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Huda Mogannam<br>833 Arcturus Circle<br>Foster City, CA 94404 | Line **3.11**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Jason P. Conte, Esq.<br>UP Greensfelder, LLP<br>312 Walnut Street, Ste. 1400<br>Cincinnati, OH 45202 | Line **3.6**<br>☐ Not listed. Explain ____ | __ |
| 4.3 | Jessica Rowe<br>Aaron, Riechert, Carpol & Riffle, APC<br>333 Twin Dolphin Dr., Ste. 350<br>Redwood City, CA 94065 | Line **3.11**<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Joel T. Shackelford, Esq.<br>Law Ofices of Joel T. Shakelford<br>12021 Wilshire Blvd., Ste. 522<br>Los Angeles, CA 90025 | Line **3.6**<br>☐ Not listed. Explain ____ | __ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 5,265,351.36 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 5,265,351.36 |