UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re　TRY TROUT AND INDUSTRIAL, LLC　）
　　　　　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　　　）　Case No. 25-24548
　　　　　　　　　　　　　　　　　　　　）
　　　　　　　Debtor(s).　　　　　　　　）　**AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

- [ ] Petition
- [✓] Creditor Matrix
- [X] List of 20 Largest Unsecured Creditors
- [✓] Schedules (check appropriate boxes).
    - [✓] A/B  [✓] C  [✓] D  [✓] E/F  [✓] G  [✓] H  [ ] I  [ ] J
- [✓] Summary of Schedules of Assets and Liabilities
- [✓] Statement of Financial Affairs
- [ ] Statement of Intention
- [✓] List of Equity Security Holders

**A fee of $34 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

**NOTICE OF AMENDMENT TO AFFECTED PARTIES**

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated: September 10, 2025　　　Attorney's or *Pro Se* Debtor's Signature: _____
　　　　　　　　　　　　　　　　　Printed Name: Talitha Gray Kozlowski

**DECLARATION BY DEBTOR**

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated: September 10, 2025　　　　　　　　　　　　　　　Dated:
_____　　　　　　　　　_____
Debtor's Signature　　　　　　　　　　　　　　　　　　Joint Debtor's Signature

**INSTRUCTIONS**

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes. This form can be found on our website.

- To **add** creditors, write or type an "A" next to the creditors you are adding on any amended schedule you file. Additionally, (or, in the event that you are only amending the creditor matrix) attach a list of all creditors with their addresses in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type a "D" next to the creditors you are deleting on any amended schedule you file. Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted.

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. **Notice of the amendment will not be given by the Clerk's Office.** To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Cashier's checks and money orders should be made payable to "Clerk, U.S. Bankruptcy Court." No personal checks accepted from non-attorneys. **No cash accepted.** Debit cards accepted in person at our three divisional offices.

EDC 2-015. Revised 12/23

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re     Try Trout and Industrial, LLC          )
                                                     )
                                                     )     Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:     September 10, 2025                        _/s/ [signature]_
                                                                                         Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses:**

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | Physical Address: | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

EDC 2-100 (Rev. 6/20/17)

```
Adam Richardson   (A)
P.O. Box 7080
San Carlos, CA 94070


Ari J. Lauer
Law Offices of Ari J. Lauer, APC
2125 Oak Grove Road, Ste. 210
Walnut Creek, CA 94598


Broadbent
Attn: Managing Member or Bankruptcy Dept
8 West Pacific Ave.
Henderson, NV 89015


Brodie Group
Attn: Managing Member or Bankruptcy Dept
3033 Cleveland Ave., Ste. 100
Santa Rosa, CA 95403


Brucilla Architecture
Attn: Managing Member or Bankruptcy Dept
1601 Dove Street, Ste. 187
Newport Beach, CA 92660


Builders Capital Finance, LLC
c/o Polsinelli
Attn: Matt Moriarity
900 W. 48th Place, Ste. 900
Kansas City, MO 64112


Builders Capital Finance, LLC
1019 39th Ave. SE, Ste. 220
Puyallup, WA 98374


CA Dept. of Tax and Fee Administration
Collections Support Bureau,
Bankruptcy Section MIC 29
PO Box 942879
Sacramento, CA 95279


CA State Compensation and Inurance Fund
Attn: Corporate Legal
State Compensation Insurance Fund
P.O. Box 8192
Pleasanton, CA 94588
```

```
CA State Compensation and Inurance Fund
Attn: Cancellation, Bankruptcy & Pre Cov
State Compensation Insurance Fund
PO Box 8192
Pleasanton, CA 94588


California Employment Development Dept
Employment Development Department
PO Box 826880 MIC 92E
Sacramento, CA 94280


California Franchise Tax Board
Bankruptcy Section MS A-340
PO Box 2952
Sacramento, CA 95812


Californiaa State License Board
Attn: Judgments Unit
P.O. Box 26000
Sacramento, CA 95826


Chief Counsel of Region IX
Secretary of the Treasury
1500 Pennsylvania Ave. NW
Washington, DC 20220


COKK Investments, LLC   (A)
8585 La Jolla Shores Dr.
La Jolla, CA 92037


Commodity Futures Trading Commission
1155 21st St. NW
Washington, DC 20581


Construction Loan Services II, LLC
Attn: Managing Member or Bankruptcy Dept
1019 39th Ave SE, Suite 220
Puyallup, WA 98374


Contractors State License Board
Attn: Judgments Unit
PO Box 26000
Sacramento, CA 95826
```

```
Eastern Sierra Engineering, Inc.
Attn: Managng Member or Bankrupty Dept
4515 Towne Drive
Reno, NV 89521


ERPR, LLC dba East River PR
Attn: Managing Member or Bankruptcy Dept
P. O. Box 2758
Truckee, CA 96160


Ghannam & Taweel Investments LLC (A)
19424 Gerald Street
Northville, MI 48167


Grant Harmon
1250 Cloud Avenue
Menlo Park, CA 94025


Hani Juha
847 Peary Lane
Foster City, CA 94404


Health Education Assistance Loans
Public Health Service HHS
Room 4A53 Parklawn Bldg
5600 Fishers Ln
Rockville, MD 20857


Huda Mogannam
c/o Rosemary Omron
2448 Great Highway, Apt. 5
San Francisco, CA 94116


Huda Mogannam   (A)
833 Arcturus Circle
Foster City, CA 94404


Integra Realty
590 Menlo Drive, Suite 1
Rocklin, CA 95765


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101
```

J&E Real Estate, LLC (A)
1225 Rodi Road
Turtle Creek, PA 15145


Jason P. Conte, Esq. UP
Greensfelder, LLP
312 Walnut Street, Ste. 1400
Cincinnati, OH 45202


Jessica Rowe
Aaron, Riechert, Carpol & Riffle, APC
333 Twin Dolphin Dr., Ste. 350
Redwood City, CA 94065


Joel T. Shackelford, Esq.
Law Ofices of Joel T. Shakelford
12021 Wilshire Blvd., Ste. 522
Los Angeles, CA 90025


Keith Dudum
11665 Summit Club Dr., Unit 102
Las Vegas, NV 89135


Kern County Dept. Child Support Services
3701 N. Sillect Ave.
Bakersfield, CA 93308


Lamb Partners, LLC
Attn: Randolph Lamb
P.O. Box 2247
Menlo Park, CA 94026


Lever Capital Partners LLC
c/o Adam Vanlerberghe
3900 South Haulapai Way
Las Vegas, NV 89147


Light Box
Attn: Managing Member or Bankruptcy Dept
P.O. Box 201584
Dallas, TX 75230


Lisa Carey-Lamb (A)
P.O. Box 2247
Menlo Park, CA 94026

```
LPG Dev Fund, LLC (A)
P.O. Box 2247
Menlo Park, CA 94026


Lsquared
Attn: Managing Member
875 California Street, Suite 705
San Francisco, CA 94108


Marc Szabo Studios
Attn: Managing Member or Bankruptcy Dept
13902 Fiji Wat, #126
Marina Del Rey, CA 90292


Medicare/Health Care Financing Admin.
Regional Counsel - Medicare/Ctrs For M&M
US Dept of Health and Human Services
90 7th St., Ste. 4-500
San Francisco, CA 94103


Melton Design Group
Attn: Managing Member or Bankruptcy Dept
820 Broadway Street
Chico, CA 95928


Michigan Dept. of Treasury
Bureau of Tax Policy
Attn: Litigation Liaison
P.O. Box 30828
Lansing, MI 48909


Mississippi Dept. of Revenue
Office of General Counsel, BK Section
PO Box 22808
Jackson, MS 39225


Montgomery Pacific Corporation
Attn: Managing Member or Bankruptcy Dept
4120 Douglas Blvd., #306-196
Granite Bay, CA 95746


Nevada County Treasurer - Tax Collector
Attn: Bankruptcy Dept.
950 Maidu Ave., Suite 290
Nevada City, CA 95959
```

```
Oklahoma Tax Commission
Office of General Counsel, BK Section
120 N. Robinson #2000W
Oklahoma City, OK 73102


Randolph Lamb
PO Box 2247
Menlo Park, CA 94026


Real Graphic
Attn: Managing Member or Bankruptcy Dept
11025 Pioneer Trail, #103
Truckee, CA 96161


RNE Investments, LLC
354 Tranquill Peak Court
Henderson, NV 89012


Sacramento County Dept.
of Child Support Services
PO Box 269112
Sacramento, CA 95826


Shasta County Counsel
Office of the County Counsel
1450 Court St., Ste. 332
Redding, CA 96001


Social Security Administration
Office of General Counsel
Office of Program Litigation Attn: BK
6401 Security Blvd.
Baltimore, MD 21235


Stuart Moore Staub
Attn: Managing Member or Bankruptcy Dept
641 Higuera St., Suite 302
San Luis Obispo, CA 93401


Swain Property Solutions, LLC   (A)
374 Lake Valley Drive
Franklin, TN 37069


Travis Vargo    (A)
12202 Overcup Drive
Houston, TX 77024
```

```
                Truckee Development Associates, LLC
                Attn: Richard M. Holliday
                1500 Park Avenue, #100
                Emeryville, CA 94608


                Truckee Development Associates, LLC
                Attn: Jesse S. Finlayson
                Finlayson Toffer Roosevelt & Lilly LLP
                15615 Alton Pkwy., Ste. 270
                Irvine, CA 92618


                U.S. Department of Education
                Attn: General Counsel
                400 Maryland Ave. SW
                Washington, DC 20202


                U.S. Department of Veterans Affairs
                Regional Counsel
                1301 Clay St., Ste. 1300N
                Oakland, CA 94612


                U.S. Dept of Housing & Urban Development
                Office of Regional Counsel, Region IX
                One Sansome Street, Ste. 1200
                San Francisco, CA 94104


                U.S. Securities and Exchange Commission
                Attn: Bankruptcy Counsel
                444 South Flower Street, Ste. 900
                Los Angeles, CA 90071


                U.S. Small Business Administration
                Attn: District Counsel
                455 G Street #4161
                Davis, CA 95616


                United States Attorney
                501 I Street, Suite 10-100
                Sacramento, CA 95814


                United States Department of Justice
                Tax Division
                Civil Trial Section Western Region
                Box 683 Ben Frank Station
                Washington, DC 20044
```

```
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel ORC-3
75 Hawthorne St.
San Francisco, CA 94105


USDA Farm Service Agency
Attn: Farm Loan Programs
430 G St., #4161
Davis, CA 95616
```

Adam Richardson

P.O. Box 7080

San Carlos, CA 94070

Builders Capital Finance

Attn: Tanya Behnam

Polsinelli LLP

2049 Century Park East, Ste. 2900

Los Angeles, CA 90067

COKK Investments, LLC

8585 La Jolla Shores Drive

La Jolla, CA 92037

Deborah Perry, The Deborah E. Perry

Revocable Trust

404 Oakshire

Alamo, CA 94507

Ghannam & Taweel Investments LLC

19424 Gerald Street

Northville, MI 48167

Hani Juha

847 Peary Lane

Foster City, Ca. 94404

Huda Mogannam

c/o Rosemary Omron

2448 Great Highway, Apt. 5

San Francisco, CA 94416

Huda Mogannam

833 Arcturus Circle

Foster City, CA 94404

J&E Real Estate, LLC

1225 Rodi Road

Turtle Creek, PA 15145

Jason Blumberg

Office of The US Trustee

501 I Street, Suite 7-500

Sacramento, California 95814-2322

Jessica Rowe

Aaron, Riechert, Carpol & Riffle, APC

333 Twin Dolphin Dr., Suite 350

Redwood City, CA 94065

Lisa Carey-Lamb

P.O. Box 2247

Menlo Park, CA 94026

LPG Dev Fund, LLC

P.O. Box 2247

Menlo Park, CA 94026

RNE Investments, LLC

354 Tranquil Peak Court

Henderson, NV. 89012

Swain Property Solutions, LLC

374 Lake Valley Drive

Franklin, TN 37069

Travis Vargo

12202 Overcup Drive

Houston, TX 77024

EQUITY SECURITY HOLDERS

Deborah Perry, The Deborah E. Perry

Revocable Trust

404 Oakshire

Alamo, CA 9450

Lamb Partners, LLC

P.O. Box 2247

Menlo Park, CA 94026

LPG Capital I LLC

P.O. Box 2247

Menlo Park, CA 94026

LPG Development, LLC

P.O. Box 2247

Menlo Park, CA 94026