**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re   TRY TROUT AND INDUSTRIAL, LLC    )
                                         )
                                         )     Case No.  25-24548
                                         )
_____Debtor(s)._____  )     **AMENDMENT COVER SHEET**

**This form shall not be used to amend or modify plans.**

**I am amending the following documents:**

| | |
|---|---|
| ☐ Petition | ☑ Statement of Financial Affairs |
| ☑ Creditor Matrix | ☐ Statement of Intention |
| ☒ List of 20 Largest Unsecured Creditors | ☑ List of Equity Security Holders |
| ☑ Schedules (check appropriate boxes) | |

☑ A/B  ☑ C   ☑ D   ☑ E/F  ☑ G   ☑ H   ☐ I   ☐ J
☑ Summary of Schedules of Assets and Liabilities

**A fee of $34 is required for:**

- An amendment that adds or deletes creditors;
- An amendment that changes amounts owed to a creditor; or
- An amendment that changes the classification of a debt.

### NOTICE OF AMENDMENT TO AFFECTED PARTIES

I certify that I have notified the trustee in the case (if any) that I have filed or intend to file the amended or supplemental document(s) listed above, and that I have notified all parties affected by the amendment, as required by Federal Rule of Bankruptcy Procedure 1009.*

Dated:  September 10, 2025        Attorney's or *Pro Se* Debtor's Signature:  _____
                                          Printed Name:   Talitha Gray Kozlowski

### DECLARATION BY DEBTOR

I(We), the undersigned debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment(s) attached hereto, consisting of ___ pages, is true and correct.

Dated:  September 10, 2025                              Dated:

_____                        _____
Debtor's Signature                                     Joint Debtor's Signature

### INSTRUCTIONS

Attach each amended document to this form. If there is a box on the form to indicate that the form is amended or supplemental, check the box. Otherwise, write the word "Amended" or "Supplemental" at the top of the form.

If you are amending Schedules A/B, D, E/F, I, or J, you must also file an Amended Summary of Schedules of Assets and Liabilities in order to ensure that the totals are amended for statistical purposes.  This form can be found on our website.

- To **add** creditors, write or type  an "A" next to the creditors you are adding on any amended schedule you file.  Additionally, (or, in the event that you are only amending the creditor matrix)  attach a list of all creditors with their addresses  in .txt format.
- To **correct** the names or addresses of creditors that appear on any schedule, use our Change of Address Form (EDC 2-085) instead of filing this form, any amended schedule or an amended master address list.
- To **delete** creditors, write or type  a "D" next to the creditors you are deleting on any amended schedule you file.  Do not submit a .txt file of creditors to be deleted. Only creditors who have not filed a proof of claim in the case will be deleted .

*Federal Rule of Bankruptcy Procedure 1009 requires the debtor to give notice of an amendment. *Notice of the amendment will not be given by the Clerk's Office.* To comply with this requirement, the debtor's attorney or *Pro Se* debtor must give notice to the trustee and any party affected by the amendment by serving the amendment and all previous court notices including, but not limited to, the notice of meeting of creditors, discharge of debtor, etc. A proof of service, indicating that service has been made, must be filed with the court.

Cashier's checks and money orders should be made payable to "Clerk, U.S. Bankruptcy Court." No personal checks accepted from non-attorneys. **No cash accepted.** Debit cards accepted in person at our three divisional offices.

EDC 2-015. Revised 12/23

| Fill in this information to identify the case: |
| --- |

Debtor name　**Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:　**EASTERN DISTRICT OF CALIFORNIA**

Case number (if known)　25-24548

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors　　12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■　*Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

■　*Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

■　*Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

■　*Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

■　*Schedule H: Codebtors (Official Form 206H)*

■　*Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐　Amended Schedule

☐　*Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

■　Other document that requires a declaration　**SOFA**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on　**September 10, 2025**　　X _____
　　　　　　　　　　　　　　　　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　　　　**Randolph F. Lamb**
　　　　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　　　　**Mg. Member of Lamb Partners, LLC, Manager of Debtor**
　　　　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

Official Form 202　　　　　　　Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Try Trout and Industrial, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Adam Richardson P.O. Box 7080 San Carlos, CA 94070 | | Loan | | | | $571,188.00 |
| Broadbent Attn: Managing Member or Bankruptcy Dept 8 West Pacific Ave. Henderson, NV 89015 | | Professional Services | | | | $4,000.00 |
| Brodie Group Attn: Managing Member or Bankruptcy Dept 3033 Cleveland Ave., Ste. 100 Santa Rosa, CA 95403 | | Professional Services | | | | $105,435.85 |
| Brucilla Architecture Attn: Managing Member or Bankruptcy Dept 1601 Dove Street, Ste. 187 Newport Beach, CA 92660 | | Professional Services | | | | $416,450.00 |
| Eastern Sierra Engineering, Inc. Attn: Managng Member or Bankrupty Dept 4515 Towne Drive Reno, NV 89521 | | Judgment | | | | $191,000.00 |

| Debtor | **Try Trout and Industrial, LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ERPR, LLC dba East River PR Attn: Managing Member or Bankruptcy Dept P. O. Box 2758 Truckee, CA 96160** | | **Professional Services** | | | | $26,151.82 |
| **Grant Harmon 1250 Cloud Avenue Menlo Park, CA 94025** | | **Professional Services** | | | | $4,037.50 |
| **Huda Mogannam c/o Rosemary Omron 2448 Great Highway, Apt. 5 San Francisco, CA 94116** | | **Judgment Related Claims** | | | | $606,475.80 |
| **Integra Realty 590 Menlo Drive, Suite 1 Rocklin, CA 95765** | | **Professional Services** | | | | $3,500.00 |
| **Light Box Attn: Managing Member or Bankruptcy Dept P.O. Box 201584 Dallas, TX 75230** | | **Professional Services** | | | | $2,375.00 |
| **Marc Szabo Studios Attn: Managing Member or Bankruptcy Dept 13902 Fiji Wat, #126 Marina Del Rey, CA 90292** | | **Professional Services** | | | | $7,000.00 |
| **Melton Design Group Attn: Managing Member or Bankruptcy Dept 820 Broadway Street Chico, CA 95928** | | **Professional Services** | | | | $20,636.00 |
| **Montgomery Pacific Corporation Attn: Managing Member or Bankruptcy Dept 4120 Douglas Blvd., #306-196 Granite Bay, CA 95746** | | **Professional Services** | | | | $20.69 |

Debtor  **Try Trout and Industrial, LLC**
        Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Real Graphic Attn: Managing Member or Bankruptcy Dept 11025 Pioneer Trail, #103 Truckee, CA 96161** | | **Professional Services** | | | | **$508.42** |
| **Stuart Moore Staub Attn: Managing Member or Bankruptcy Dept 641 Higuera St., Suite 302 San Luis Obispo, CA 93401** | | **Professional Services** | | | | **$4,625.00** |

**Fill in this information to identify the case:**

Debtor name    **Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.............................................................................   $    **65,760,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................   $    **62.71**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..........................................................................   $    **65,760,062.71**

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $    **32,348,643.50**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$    **5,265,351.36**

4. **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b    $    **37,613,994.86**

**Fill in this information to identify the case:**

Debtor name    **Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, N.A. - account closed 9/4/2025 | Checking | 9931 | $62.71 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**      $62.71
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:    Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

Debtor **Try Trout and Industrial, LLC**          Case number *(If known)* _____
_____
Name

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                                    % of ownership

| 15.1. | 100% ownership Tahoe Railyard Devco Corp. | 100 % | Book Value | $0.00 |
|---|---|---|---|---|

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.**          $0.00
Add lines 14 through 16. Copy the total to line 83.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | **Try Trout and Industrial, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

|  | apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| 55.1. | **Creekside Village**<br>**11158 Church Street**<br>**Truckee, CA 96161**<br>**APN 019-421-014-000** | Fee | $26,250,000.00 | Appraisal 2023 | $26,250,000.00 |
| 55.2. | **Heritage Village**<br>**11189 Church Street**<br>**Truckee, CA 96161**<br>**and**<br>**11157 Church Street**<br>**Truckee, CA 96161**<br>**APNs**<br>**019-421-011-000**<br>**019-421-012-000**<br>**019-421-021-000**<br>**019-421-022-000** | Fee | $39,510,000.00 | Appraisal 2023 | $39,510,000.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | $65,760,000.00 |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☑ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor　**Try Trout and Industrial, LLC**　　　　　　Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $62.71 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................> | | $65,760,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $62.71 | + 91b. $65,760,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $65,760,062.71 |

**Fill in this information to identify the case:**

Debtor name    **Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Non-exclusive financing broker agreement** | |
|        State the term remaining    **Commencing 6/21/2025** | **Lever Capital Partners LLC c/o Adam Vanlerberghe 3900 South Haulapai Way Las Vegas, NV 89147** |
|        List the contract number of any government contract    _____ | |

**Fill in this information to identify the case:**

Debtor name　　**Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　_____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors　　　　　　　　　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Randolph Lamb** | **PO Box 2247**<br>**Menlo Park, CA 94026** | **Construction Loan Services II, LLC** | ■ D　**2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Randolph Lamb** | **PO Box 2247**<br>**Menlo Park, CA 94026** | **Truckee Development Associates, LLC** | ■ D　**2.4**<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☑ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
   | --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   | --- | --- | --- | --- |
   | 3.1.   **Keith Dudam** <br> **11665 Summit Club Dr., Unit 102** <br> **Las Vegas, NV 89135** | **7/8/2025** | **$1,200,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **Judgment lien recorded against Debtor's real property.** |
   | 3.2.   **Construction Loan Services II, LLC** | **8/6/2025** | **$50,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other **- Forbearance Payment** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Try Trout and Industrial, LLC**                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Keith Dudum v. Try Trout and Industrial, LLC** 25CV120428 | **Judgment** | **Superior Court of CA, County of Alameda 1225 Fallon Street Oakland, CA 94612** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Eastern Sierra Engineering, Inc. v. Try Trout and Industrial, LLC** CU0001508 | **Breach of Contract and Quasi Contract** | **Superior Court of CA, County of Nevada 201 Church Street Nevada City, CA 95959** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Truckee Development Associates, LLC v. Randolph Lamb** CVPS2503473 | | **Superior Court of California County of Riverside 3255 E. Tahquitz Canyon Way Palm Springs, CA 92262** | ☑ Pending ☐ On appeal ☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   **Try Trout and Industrial, LLC**          Case number *(if known)*

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 6/3/2025<br>$11,063.00 (remaining retainer)<br>6/3/2025<br>$15,550.50<br>7/2/2025<br>$3,271.50<br>8/5/2025<br>$3,327.50<br>8/19/2025<br>$7,412.00<br>8/26/2025<br>$9,375.50<br>8/26/2025<br>$98,295.00 (retainer) | |
| | **Garman Turner Gordon LLP**<br>**7251 Amigo Street**<br>**Ste. 210**<br>**Las Vegas, NV 89119** | | | $148,295.00 |
| | **Email or website address**<br>gtg.legal | | | |
| | **Who made the payment, if not debtor?**<br>Randolph Lamb and Lisa Carey-Lamb | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Try Trout and Industrial, LLC**    Case number *(if known)* _____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | Transfer of overencumbered real property described as The Donnor Pass Rd., Truckee, Nevada County, California to Debtor's wholly owned subsidiary, APNs 019-421-005-000 and 019-421-006-000. The subsidiary assumed the Debtor's obligations under the Deed of Trust held by senior lender Truckee Holding LLC in the amount of approximately $14,089,650.00. | | |
| | **Tahoe Railyard Devco Corp** | | 8/27/2025 | **Book Value** |
| | Relationship to debtor Subsidiary | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **535 Middlefield Road, Ste. 190 Menlo Park, CA 94025** | **2/2023 - 7/2024** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Try Trout and Industrial, LLC**   Case number *(if known)*

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **5**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Try Trout and Industrial, LLC** | Case number *(if known)* | |
|---|---|---|---|

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Tahoe Railyard Devco Corp.** | **Real property development** | EIN:    **39-3984941**<br><br>From-To    **1/29/2025 to present** |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Randolph Lamb**<br>**P.O. Box 2247**<br>**Menlo Park, CA 94026** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Randolph Lamb**<br>**P.O. Box 2247**<br>**Menlo Park, CA 94026** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **Try Trout and Industrial, LLC**                          Case number *(if known)* _____

**Name and address**

**Debtor has compiled due diligence materials that include financial records, which due diligence materials are provided to potential lenders and other potential transactional partners.**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

[✓] No
[ ] Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Lamb Partners, LLC | P.O. Box 2247<br>Menlo Park, CA 94026 | Manager | 86% (Class B) |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

[✓] No
[ ] Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

[✓] No
[ ] Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

[✓] No
[ ] Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

[✓] No
[ ] Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Fill in this information to identify the case:

Debtor name    **Try Trout and Industrial, LLC**

United States Bankruptcy Court for the:    **EASTERN DISTRICT OF CALIFORNIA**

Case number (if known)    25-24548

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2025**

**Randolph F. Lamb**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Mg. Member of Lamb Partners, LLC,
Manager of Debtor**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re   **Try Trout and Industrial, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **38,937 paid to date: $109,358.00 retainer; all other amounts as authorized by Sections 327 and 330** |
| Prior to the filing of this statement I have received | $ | **148,295.00 (including retainer of $109,358.00)** |
| Balance Due | $ | **0.0** |

2.   The source of the compensation paid to me was:

    ☐ Debtor    ☑ Other (specify):   **Lisa Carey-Lamb and Randolph Lamb, managing members of Lamb Partners, LLC**

3.   The source of compensation to be paid to me is:

    ☐ Debtor    ☑ Other (specify):   **Retainer paid by Mr. and Mrs. Lamb. All other compensation to be paid by Debtor.**

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 10, 2025**

*Date*

**Talitha Gray Kozlowski**
*Signature of Attorney*
**Garman Turner Gordon LLP**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**tgray@gtg.legal**
*Name of law firm*

## United States Bankruptcy Court
### Eastern District of California

In re   **Try Trout and Industrial, LLC** _____   Case No.   25-24548 _____

                                    Debtor(s)                Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Try Trout and Industrial, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Lamb Partners, LLC**
**PO Box 2247**
**Menlo Park, CA 94026**

**LPG Capital I LLC**
**PO Box 2247**
**Menlo Park, CA 94026**

**LPG Development, LLC**
**PO Box 2247**
**Menlo Park, CA 94026**

☐ None [*Check if applicable*]

**September 10, 2025** _____
Date

**Talitha Gray Kozlowski**
Signature of Attorney or Litigant
Counsel for   **Try Trout and Industrial, LLC**
**Garman Turner Gordon LLP**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**tgray@gtg.legal**

**United States Bankruptcy Court**
**Eastern District of California**

In re　**Try Trout and Industrial, LLC**　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　　**11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Deborah Perry, The Deborah E. Perry Revocable Trust 404 Oakshire Alamo, CA 94507 | Class A Membership | | 0.3% |
| Lamb Partners, LLC PO Box 2247 Menlo Park, CA 94026 | Class B Membership | | 86% |
| LPG Capital I LLC PO Box 2247 Menlo Park, CA 94026 | Class C Membership | | 20% |
| LPG Development, LLC PO Box 2247 Menlo Park, CA 94026 | Class C Membership | | 80% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

　　　　I, the **Mg. Member of Lamb Partners, LLC, Manager of Debtor** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date　**September 10, 2025**　　　　　　Signature _____
　　　　　　　　　　　　　　　　　　　　　　　　　**Randolph F. Lamb**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re                    )
                        )
  TRY TROUT AND INDUSTRIAL, LLC    )     Case No.   25-24548
                        )
                        )
_____)

## <u>VERIFICATION OF MASTER EQUITY SECURITY HOLDER ADDRESS LIST</u>

      I declare under penalty of perjury that the attached Master Equity Security Holder Address List is a true, correct, and complete list of equity security holders and their addresses in this case.

      I acknowledge the following:

- Filing a List of Equity Security Holders with incomplete or incorrect addresses may mean that equity security holders with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case and/or subsequent notices in the case.

- The Court will use the addresses on the attached Master List of Equity Security Holders for all items that the Court mails and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of equity security holders.

DATED:_September 10, 2025       _____
                                   Attorney for Debtor

EDC 2-101 (New, 04/22)