# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| In re: TRY TROUT AND INDUSTRIAL, LLC | Bankruptcy Case No. 25-24548 |
|---|---|
| Debtor(s). | |
| v. Plaintiff(s), Defendant(s). | Adversary Proceeding No. |

### APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 1001-1(c) of the United States Bankruptcy Court for the Eastern District of California and Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Michael Schuster hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Builders Capital Finance, LLC

On January 24, 2018 (date), I was admitted to practice and am presently am in good standing in the State of Colorado (Bar No: 51773) (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association, and there are not disciplinary proceedings against me.

☐ I have /☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

The $300.00 fee prescribed for filing an application for admission to practice pro hac vice has been paid to the Clerk, U.S. District Court, Eastern District of California. (U.S. District Court receipt number 200014775 ). [NOTE: U.S. District Court receipt number indicating payment is REQUIRED. Applications submitted without a valid U.S. District Court receipt number will NOT be processed.]

Date: September 10, 2025          Signature of Applicant: _____

EDC 2-602, Rev. 12/18/23

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Michael Schuster |
| Law Firm Name: | Polsinelli PC |
| Address: | 1401 Lawrence Street, Suite 2300 |
| City: | Denver    State: CO    Zip: 80202 |
| Phone Number | ( 720 ) 931-1188 |
| City and State of Residence: | Denver, Colorado |
| Primary E-mail Address: | mschuster@polsinelli.com |
| Secondary E-mail Address: | |

**Local Attorney**

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Tanya Behnam |
| Law Firm Name: | Polsinelli LLP |
| Address: | 2049 Century Park East, Suite 2900 |
| City: | Los Angeles    State: CA    Zip: 90067 |
| Phone Number: | ( 310 ) 556-6763 |
| State Bar Number: | 322593 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 15, 2025

Christopher D. Jaime, Judge
United States Bankruptcy Court

Filed 09/15/25    Case 25-24548    Doc 22



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Michael Lance Schuster**__

has been duly licensed and admitted to practice as an

*ATTORNEY AND COUNSELOR AT LAW*

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**24th**__ day of __**January**__ A.D. __**2018**__ and that at the date hereof the said __**Michael Lance Schuster**__ is in good standing at this Bar.

**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**8th**__ day of __**September**__ A.D. __**2025**__



*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

Generated: Sep 10, 2025 2:13PM                                              Page 1/1

# U.S. District Court

## California Eastern - Sacramento

Receipt Date: Sep 10, 2025 2:13PM

First Legal Buyer Inc.

Rcpt. No: 200014775    Trans. Date: Sep 10, 2025 2:13PM    Cashier ID: #KZ (6761)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DCAE225LB000093 /001<br>PRO HAC | 1 | 300.00 | 300.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #2893 | 09/10/2025 | | $300.00 |
| | | | Total Due Prior to Payment: | | $300.00 |
| | | | Total Tendered: | | $300.00 |

**Comments:** Attorney Michael Schuster, BK case no. 25-24548

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.