**6 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*[Proposed] Attorneys for Debtor Try Trout
and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| In re:<br><br>TRY TROUT AND INDUSTRIAL, LLC,<br><br>　　　　　Debtor.[1] | CASE No. 25-24548-B-1<br><br>DCN: GTG-1<br><br>Chapter 11<br><br>Judge: Hon. Christopher D. Jamie<br><br>[No hearing requested] |
|---|---|

**EXHIBIT TO APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS BANKRUPTCY ATTORNEYS FOR THE DEBTOR**

| Exhibit No. | Exhibit Description | Pages |
|---|---|---|
| 1 | Proposed Order Approving Employment of Garman Turner Gordon LLP as Attorneys for the Debtor Effective as of the Petition Date | 3-6 |

　　　Dated this 15th day of September 2025.

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.


| | |
|---|---|
| 1 | |
| 2 | GARMAN TURNER GORDON LLP |
| 3 | By: /s/ Talitha Gray Kozlowski |
| | WILLIAM M. NOALL, ESQ. |
| | TALITHA GRAY KOZLOWSKI, ESQ. |
| 4 | 7251 Amigo Street, Suite 210 |
| | Las Vegas, Nevada 89119 |
| 5 | *[Proposed] Attorneys for Debtor Try Trout and Industrial, LLC* |

# EXHIBIT 1

# EXHIBIT 1

**3 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ.
(CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
(NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout*
*and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>TRY TROUT AND INDUSTRIAL, LLC,<br><br>Debtor.[1] | CASE No. 25-24548-B-1<br><br>DCN: GTG-1<br><br>Chapter 11<br><br>Judge:　Hon. Christopher D. Jamie<br><br>　　　　No Hearing Necessary |

**ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS BANKRUPTCY ATTORNEYS FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

Upon the Application (the "Application")[2] of the above-captioned debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Bankruptcy Case"), pursuant to section 327(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for authority to retain and employ Garman Turner Gordon LLP ("GTG") as bankruptcy attorneys for

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Application.

ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS BANKRUPTCY ATTORNEYS FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

1  the Debtor, effective as of the Petition Date, all as more fully set forth in the Application; and this
2  Court having jurisdiction to consider the Application and the relief requested therein; and
3  consideration of the Application and the requested relief being a core proceeding; and venue being
4  proper before this Court; and the Court having found and determined that notice of the Application
5  as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other
6  or further notice need be provided; and this Court having reviewed the Application and the Gray
7  Kozlowski Declaration; and this Court having determined that the legal and factual bases set forth
8  in the Application establish just cause for the relief granted herein; and it appearing that the relief
9  requested in the Application is in the best interests of the Debtor, its estate, creditors, and all parties
10 in interest and upon all of the proceedings had before this Court and after due deliberation and
11 sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted to the extent set forth herein.

2. The Debtor is authorized, pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rules 2014(a) and 2016, to retain and employ GTG as its attorneys in the Chapter 11 Case, in accordance with GTG's normal hourly rates and policies regarding the reimbursement of reasonable and necessary expense, all as contemplated by Application, effective as of the August 27, 2025 Petition Date.

3.

4. GTG shall be compensated in accordance with, and shall file, interim and final fee applications for allowance of its compensation and expenses, which shall be subject to sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, the Fee Guidelines, and any further order of the Court.

5. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. § 330(a).

6. Compensation will be at the lodestar rate: applicable at the time the services are rendered in accordance with the Ninth Circuit decision in *In re Manoa Finance Company,* 853

ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS BANKRUPTCY
ATTORNEYS FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE

2

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

F.2d 687 (9th Cir. 1988).  No hourly rate or other terms referred to in the application papers are approved unless unambiguously so stated in this order or in a subsequent order of this Court.

7. All funds received by counsel from the debtor in connection with this Chapter 11 Case, regardless of whether they are denominated a retainer or are said to be non-refundable, are deemed to be an advance payment of fees and to be property of the estate.

8. Funds that are deemed to constitute an advance payment of fees shall be maintained in a trust account maintained in an authorized depository, which account may be either a separate interest-bearing account or an attorney's trust account containing commingled funds.  Withdrawals are permitted only after approval of an application for compensation and after the Court issues an order authorizing disbursement of a specific amount.

Dated: September ___, 2025    By the Court

_____
CHRISTOPHER B. JAMIE, JUDGE
UNITED STATES BANKRUPTCY COURT

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS BANKRUPTCY ATTORNEYS FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE
3