**4 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>TRY TROUT AND INDUSTRIAL, LLC,<br><br>Debtor.[1] | CASE No. 25-24548-B-1<br><br>DCN: GTG-2<br><br>Chapter 11<br><br>Judge: Hon. Christopher D. Jamie<br><br>Date: October 7, 2025<br>Time: 11:00 a.m.<br>Dept: E, Sacramento<br>Ctrm: 32, 6th Floor |

**FIRST STATUS CONFERENCE REPORT**

Try Trout and Industrial, LLC, debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby files the following *First Status Conference Report* in accordance with the *Order Re Chapter 11 Status Conference and Notice Thereof* [ECF No. 4] entered by the United States Bankruptcy Court for the Eastern District of California, Sacramento Division (the "Court") in this Bankruptcy Case.

. . .

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

**1. History of the Debtor and Events Leading to the Chapter 11 Case.**

Debtor owns two separate development projects in Truckee, California, referred to as Heritage Village and Creekside Village. The Heritage Village project is situated within the confines of four assessor's parcels identified as 019-421-011-000, 019-421-012-000, 019-421-021-000 and 019-421-022-000, which contain a total land area of 7.93 acres. The site is proposed for the development of 108 for-sale condominium units over ground floor retail. Heritage Village will feature 22 floorplans ranging in size from 433 to 2,997 square feet. In 2023, the Heritage Village property was appraised for $39.5 million.

The Creekside Village project is situated within the confines of assessor's parcel 019-421-014-000 and consists of 5.44 acres of vacant land proposed for the development of 49 single-family homes and attached townhomes, which will feature ten floorplans ranging in size from 1,393 to 2,891 square feet. In 2023, the Creekside Village property was appraised for $26.25 million.

The secured debt encumbers both projects and is approximately $32 million. The first position lender is Construction Loan Services II, LLC ("Builders Capital") and the second position lender is Truckee Development Association ("TDA"). Debtor submits that Builders Capital and TDA are over secured by more than $25 million in equity.

Debtor has put considerable time and funds into the Creekside Village and Heritage Village projects. The Town of Truckee is very supportive of the Debtor's development plans and the Debtor believes a tentative map may be obtained in the Spring of 2025.

The Chapter 11 Case was filed because Builders Capital scheduled a foreclosure sale for August 27, 2025. Through the Chapter 11 Case, the Debtor seeks to preserve the equity in the Debtors' property for the benefit of all creditors, and hopefully equity. Debtor is exploring all options to maximize the value, including a sale of one or both projects, as well as refinancing and joint venture exit strategies.

. . .

. . .

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**2.　　Debtor's Intentions Concerning a Plan and Disclosure Statement.**

Debtor intends to work cooperatively with its creditors in the formation of its plan and disclosure statement. At present, Debtor anticipates filing a plan of reorganization that contemplates a 363 sale, with an alternative transaction structure permitting a refinancing and/or joint venture strategy. While timelines may vary as Debtor works with its creditors and obtains the advice of its sale brokers, Debtor currently anticipates filing its plan and disclosure statement by November 25, 2025.

**3.　　Administrative solvency.**

Debtor is not generating rents or other income. It is anticipated that professional fees will be paid on the effective date of the plan. After consulting with its sale brokers and secured lenders, Debtor may seek a debtor-in-possession loan to provide liquidity. However, as noted above, Debtor believes there is $25 million of equity in the property.

**4.　　Stay Relief Motions.**

No stay relief motions have been filed. The secured lenders are protected by a significant equity cushion.

**5.　　Section 365 Motions.**

There are no real property leases at issue in this Chapter 11 Case.

**6.　　Cash Collateral.**

The is no cash collateral at issue in this Chapter 11 Case.

**7.　　Employment of Professionals.**

Debtor has sought employment of its general bankruptcy counsel, Garman Turner Gordon [ECF Nos. 23 and 28], and will be seeking employment of its special counsel, Menlo Law Group, PC, prior to the Status Conference. Debtor will also be retaining one or more brokers to facilitate the proposed sale process and will be seeking their employment.

**8.　　Motions to Convert, Dismiss, or Appoint a Chapter 11 Trustee.**

There are no motions to convert, dismiss, or appoint a Chapter 11 trustee pending or anticipated.

**9.     Monthly Operating Reports, DIP Account, Proof of Insurance.**

Debtor has filed its first Monthly Operating Report [ECF No. 31], has opened its debtor-in-possession account, and has provided the requisite proof of insurance to the Office of the United States Trustee.

Dated this 23rd day of September, 2024.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
    WILLIAM M. NOALL, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Debtor Try Trout and Industrial, LLC*
