**7 PAGES**

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout and Industrial, LLC*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-3 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | [No Hearing Requested] |

**DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR**

I, Jennifer J. Hagan, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Application for Order approving Employment of Menlo Law Group, PC as Special*

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

*Litigation and Corporate Counsel to the Debtor* (the "Application").[2]

2. I am an attorney licensed to practice law in the State of California, California Bar No. 157127. I am a partner with the law firm of Menlo Law Group, PC ("MLG") whose main office islocated at 1300 El Camino Real, Suite 100, Menlo Park, California 94025. MLG's phone number is (650) 322-8498.

3. MLG is a premier boutique law firm handling all aspects of business and commercial transactions, including startups, mergers and acquisitions, ongoing corporate management, and corporate litigation. MLG has served as Debtor's counsel for the last year , with myself as the attorney primarily responsible for this representation. In connection with that work, MLG and I have acquired a deep familiarity with the Debtor's assets, liabilities, litigation case load, and affairs and the legal issues that may arise in the context of the Special Counsel Matters. Based upon this familiarity and broad experience, MLG is uniquely qualified to address the substantive issues and questions relating to the Special Counsel Matters.

4. Representation by MLG is in the best interest of the estate and ensures the Debtor has continuous representation of knowledgeable counsel in pending litigation, as well as post-petition matters relating to pre-petition conflicts to which MLG has specialized knowledge and experience. The Debtor further submits that the employment of MLG as special litigation and corporate counsel will not be duplicative of, but will augment the services to be provided by, Debtor's general bankruptcy counsel and any other professionals retained by the Debtor. MLG is willing to serve as the Debtor's special counsel on the basis set forth herein and in the Hagan Decl. and to render the services described herein.

5. During the pendency of this Chapter 11 Case, the Debtor anticipates requiring post-petition legal services with respect to the following matters (collectively, the "Special Counsel

---

[2] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

Matters"):

- a) Matters relating to litigation cases commenced pre-petition in which MLG represented the Debtor, including without limitation: (i) *Eastern Sierra Engineering, Inc. v. Try Trout and Industrial, LLC*, case number CU0001508, filed in Superior Court of California, County of Nevada; and (ii) *Keith Dudum v. Try Trout and Industrial, LLC,* case number 25CV12042, filed in the Superior Court of California, County of Alameda. Eastern Sierra Engineering, Inc. and Mr. Dudum are both judgment creditors in the Chapter 11 case.
- b) Other pre-petition and post-petition litigation pending in non-bankruptcy court and matters relating thereto that impact the Chapter 11 Case;
- c) Advise and assist the Debtor regarding general business matters, and assist bankruptcy counsel as reasonable and appropriate;
- d) Prosecute other adversaries that may be filed by Debtor in the Chapter 11 Case; and
- e) Corporate counsel matters to which MLG has specialized knowledge and experience arising from its prior representation of Debtor.

6. MLG will continue to work under the direction of the Debtor's management, who is committed to minimizing duplication of legal services to reduce professional costs. In view of MLG's long-standing representation of, and familiarity with, the Debtor, the Debtor submits that MLG's retention as special counsel will conserve the Debtor's limited resources since the firm brings considerable institutional knowledge to bear with respect to the Debtor's business operations, business organization and structure, and pending litigation. MLG is familiar with the Debtor's business and many of the legal issues likely to arise on the matters for which it has been retained, and would be able to maintain the stability and continuity of pending matters that MLG has been handling.

7. The professional services of MLG are necessary to ensure that all Special Counsel Matters are handled in a diligent and expeditious manner. MLG will charge the Debtor for its

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

3

legal service on an hourly basis in accordance with its ordinary and customary rates for matters of this type in effect on the date such services are rendered, and for reimbursement of its actual and necessary expenses incurred in connection with these cases, as set forth in the Hagan Declaration filed concurrently herewith. I am the attorney primarily handling this representation and my hourly rate is $580. MLG's hourly rates are subject to periodic adjustment. If any adjustment is made while MLG is performing work in the Chapter 11 Case, the Debtor or MLG will file a notice of the hourly rate adjustment with the Court before implementing such adjustment with respect to the Special Counsel Matters.

8. In addition to the hourly rates set forth above, MLG customarily charges its clients for all costs and expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies, travel expenses, computerized research, transcription costs, as well as non-ordinary overhead expenses approved by the client such as secretarial and other overtime.

9. On the Petition Date, Debtor owed MLG $6,000 for pre-petition services rendered. MLG is not holding a retainer. Pre-petition services rendered by MLG to Debtor continue to remain unpaid and outstanding.

10. MLG intends to apply to the Court for allowance of compensation for professional services rendered and reimbursement of charges, costs, and expenses incurred in the Chapter 11 Case in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules, and guidelines and orders of this Court. MLG has not shared or agreed to share any of its compensation from the Debtor with any other person, other than as permitted by Section 504 of the Bankruptcy Code.

11. Neither MLG nor any of its attorneys are equity security holders or insiders of the Debtor.

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

4

12.　　To the best of MLG's knowledge, information, and belief, MLG does not represent or hold an interest adverse to the debtor or to the estate with respect to the Special Counsel Matters on which MLG is to be employed.

13.　　Pursuant to Bankruptcy Rule 2014 and Local Rule 2014-1, MLG discloses the following connections, none of which result in MLG representing or holding an interest adverse to the debtor or to the estate with respect to the Special Counsel Matters:

　　　　a.　　MLG previously represented and currently represents Debtor's direct and indirect owners, Lamb Partners LLC, Randolph F. Lamb, and Lisa Carey-Lamb, and their related entities, in litigation unrelated to Debtor or its Chapter 11 Case.

　　　　b.　　MLG previously and currently represents Debtor's direct and indirect owners, including, without limitation, Lamb Partners LLC and Randolph F. Lamb, including an entity they control, LPG Dev Fund, LLC, in litigation resulting in claims against the estate, including without limitation, claims asserted by Mr. Dudum, Truckee Development Associates, LLC, Adam Richardson, Eastern Sierra Engineering, Inc., and Huda Mogannam. Lamb Partners LLC, Randolph F. Lamb, and LPG Dev Fund, LLC are also creditors of the estate. MLG submits that such representation is not adverse to the interests of the Debtor or the estate as Lamb Partners LLC, Randolph F. Lamb, and LPG Dev Fund, LLC, as unsecured creditors, share Debtor and the estate's interest in ensuring Debtor maximizes the value of the property and distribution to creditors.

　　　　c.　　MLG is also corporate counsel to Debtor's subsidiary, Tahoe Railyard Devco, Inc.

　　　　d.　　MLG also represented LPG 405 Alberto Way Residential, LLC ("LPG") pre-petition, as well as its special counsel in a Chapter 11 reorganization in the United States Bankruptcy Court for the Northern District of California, which case has been dismissed. One of LPG's members was Lamb Partners, LLC, who is also a member of Debtor. Additionally, several creditors of Debtor were also creditors of LPG, including Brodie Group, Brucilla Architecture,

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

California Franchise Tax Board, Lsquared, LLC, Montgomery Pacific Corporation, and Stuart Moore Staub. MLG has never represented any of the creditors identified in the foregoing paragraph.

    e. MLG further discloses that Debtor's general bankruptcy counsel, Garman Turner Gordon ("GTG"), was bankruptcy counsel to LPG in its Chapter 11 case. GTG and MLG were also counsel for a creditor in a previous unrelated bankruptcy case pending in the United States Bankruptcy Court for the District of Nevada, which representation has concluded.

14. To the best of my knowledge, information, and belief, except as set forth above, MLG has no connection with the Debtor's creditors, equity security holders, the Office of the United States Trustee, or any other parties in interest in the Chapter 11 Case.

15. Debtor respectfully submits that continuity of counsel provides immense benefit to the estate and that MLG does not represent or hold any interest adverse to the Debtor or to the Debtor or the estate with respect to the Special Counsel Matters.

16. Should an actual conflict of interest arise in the future, MLG will take necessary steps to withdraw as counsel for the appliable party and/or have new counsel substitute in to resolve any such conflict.

17. Should an actual conflict of interest arise in the future, MLG will take necessary steps to withdraw as counsel for the appliable party and/or have new counsel substitute in to resolve any such conflict.

18. Moreover, MLG is well-qualified to provide legal services related to the Special Counsel Matters, and that MLG's retention as special counsel in connection therewith would be beneficial to the Debtor, its estate, and all parties-in-interest. MLG possesses specialized knowledge of, and experience in, corporate and business civil litigation matters.

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

1　　I declare under penalty of perjury of the laws of the United States that these facts
2　are true to the best of my knowledge and belief.

4　　　　DATED: September 27, 2025.

　　　　　　　　　　　　　　　　　　　s/Jennifer J. Hagan/
　　　　　　　　　　　　　　　　　　JENNIFER J. HAGAN, ESQ.

DECLARATION OF JENNIFER HAGAN, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF MENLO LAW GROUP, PC AS SPECIAL LITIGATION AND CORPORATE COUNSEL TO THE DEBTOR

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

7