| Fill in this information to identify your case: |
|---|
| Debtor: **Try Trout and Industrial, LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): 25-2548 |

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of 9/30/2025 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| Tahoe Railyard Devco Corp. | 100% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

> *Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.
>
> *Exhibit B* describes the Controlled Non-Debtor Entity's business operations.
>
> *Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.
>
> *Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.
>
> *Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This Periodic Report must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: **Try Trout and Industrial, LLC**     Case number 25-2548

**The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

| For non-individual Debtors: | X | /s/ Randolph Lamb |
| --- | --- | --- |
| | | Signature of Authorized Individual |
| | | Randolph Lamb |
| | | Printed name of Authorized Individual |
| | | Date    10/01/2025 |
| | | MM/ DD / YYYY |

| For individual Debtors: | X _____ | X _____ |
| --- | --- | --- |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | _____ | X _____ |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | Date _____ | Date _____ |
| | MM/ DD / YYYY | MM/ DD / YYYY |

█████████ **Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Debtor Name: **Try Trout and Industrial, LLC**　　　　　Case number  25-2548

**Exhibit A-1: Balance Sheet for [**Name of Controlled Non-Debtor Entity**] as of** [date]

See attached.

## Tahoe Railyard Devco Corp
# Balance Sheet Standard
### All Transactions

10/1/25

|  | Sep 29, '25 |
|---|---:|
| **ASSETS** | |
|   **Fixed Assets** | |
|     **The Landing Project** | |
|       Architecture | 15,100.00 |
|       Const. Management | 22,597.43 |
|       Insurance Expense | 7,924.00 |
|       Interest Payment | 25,000.00 |
|       Legal Fees | 91,756.50 |
|       Loan Fees | 320,426.01 |
|       Management Fees | |
|       Land – Parcel 5&6 | |
|         Truckee Holding Loan Interest Reserve | 527,729.17 |
|         Truckee Holding Loan Interest Expense | 200,000.00 |
|         Land – Parcel 5&6 – Other | 7,346,697.20 |
|       Property Taxes | 117,769.69 |
|   **Total Fixed Assets** | 8,675,000.00 |
| **TOTAL ASSETS** | **8,675,000.00** |
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Long Term Liabilities** | |
|       Loan – Sortis *** | 8,675,000.00 |
|     **Total Long Term Liabilities** | 8,675,000.00 |
|   **Total Liabilities** | 8,675,000.00 |
| **TOTAL LIABILITIES & EQUITY** | **8,675,000.00** |

*** Truckee Holding LLC's asserted debt as of the petition date was approximately $14,089,650

Debtor Name: **Try Trout and Industrial, LLC**  Case number  25-2548

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

Tahoe Railyard Devo Corp. ("Tahoe Railyard") produces no income.

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [date]**

There has been no change during the applicable period.

Debtor Name: **Try Trout and Industrial, LLC**　　　　　Case number  25-2548

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

There has been no change during the applicable period.

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

Debtor owns 100% of Tahoe Railyard.  Tahoe Railyard owns real property held for development, which property is described as the The Donnor Pass Road, Truckee, Nevada County, California, APNs 019-421-005-000 and 019-421-006-0001.  Truckee Railyard has no income.

| | **Exhibit C: Description of Intercompany Claims** |
|---|---|

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.

   Not applicable.

| | **Exhibit D: Allocation of Tax Liabilities and Assets** |
|---|---|

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Tahoe Railyard is soley owned by Debtor.  There are no tax sharing or tax allocation agreements between Debtor and Tahoe Railyard.

Debtor Name: **Try Trout and Industrial, LLC**　　　　　　　　　　　Case number   25-2548

 **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]

Tahoe Railyard Pre-petition assumed the Debtor's obligations under the Deed of Trust recorded against Tahoe Railyard's property held by senior lender Truckee Holding LLC in the approximate amount of $14.089,650.00.