**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                              ) Case No. 25-24548 - B - 11
Try Trout and Industrial, LLC,     ) Docket Control No. CAE-1
               Debtor.             ) Document No. 1
                                   ) Date: 10/07/2025
                                   ) Time: 11:00 AM
_____) Dept: B
```

**Order**

IT IS ORDERED that the status conference hearing is CONTINUED to November 4, 2025 at 11:00 a.m.

**Dated:** October 09, 2025

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

Status Conference Re: Voluntary Petition - [1] - Chapter 11 Voluntary Petition Non-Individual filed. (Fee Paid $0.00) (William M. Noall) (eFilingID: 7534596) [1] - Statement Regarding Ownership of Corporate Debtor/Party. See page #17 of Voluntary Petition. (smis)