**3 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout
and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>TRY TROUT AND INDUSTRIAL, LLC,<br><br>Debtor.[1] | CASE No. 25-24548-B-1<br><br>DCN: GTG-4<br><br>Chapter 11<br><br>**STIPULATION REGARDING SINGLE ASSET REAL ESTATE DESIGNATION**<br><br>Judge: Hon. Christopher D. Jamie<br><br>[No hearing requested] |

Try Trout and Industrial, LLC, debtor and debtor-in-possession ("Debtor"), by and through its undersigned counsel, and Builders Capital Finance, LLC ("BCF"), by and through its undersigned counsel hereby stipulate and agree as follows based upon the following Recitals:

<u>**RECITALS**</u>

A.  Debtor commenced its chapter 11 in this Court on August 27, 2025.

B.  Debtor continues to manage its property as a debtor and debtor-in-possession pursuant to Sections 1107(a) and 1108, title 11, United States Code (such title, the "Bankruptcy

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

Code").

     C.    Debtor has maintained communication with its senior secured lender, BCF, through BCF's counsel.

     D.    As part of the parties' negotiations regarding this reorganization case, BFC contends that Debtor is a person whose primary activity is the business of owning single asset real estate (an, "SARE Debtor"), making it subject to Section 362(d)(3) of the Bankruptcy Code.

     E.    Debtor contends that Debtor is not and SARE Debtor subject to Section 362(d)(3) of the Bankruptcy Code.

     F.    The parties wish to avoid the risk and expense associated with a contested matter concerning whether or not Debtor is a SARE Debtor.

## STIPULATION

The Parties stipulate and agree as follows,

     1.    The above Recitals are true and correct.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2.     That for so long as BCF's allowed claim against Debtor has not been satisfied, Debtor's primary activity shall be deemed to be the business of owning "single asset real estate" as defined in the Bankruptcy Code, and this reorganization case shall be treated and managed accordingly.

**IT IS SO STIPULATED.**

Dated this 13th day of October 2025.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
WILLIAM M. NOALL, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Try Trout and Industrial, LLC*

Dated this 13th day of October, 2025          POLSINELLI PC

By: */s/ Michael L. Schuster*
MICHAEL L. SCHUSTER, ESQ.
1401 Lawrence Street, Suite 2300
Denver, CO 80202
*Attorneys for Builders Capital Finance, LLC*

**IT IS SO ORDERED.**

Dated: _____

_____
United States Bankruptcy Judge