# EXHIBIT A

# EXHIBIT A



P.O. BOX 94033, PALATINE, IL 60094-4033
**Return Service Requested**

How to reach us

**bmo.com/contact**
888-340-2265



TRY TROUT AND INDUSTRIAL LLC
DEBTOR IN POSSESSION
PO BOX 2247
MENLO PARK CA 94026

Date
**September 03, 2025 through**
**September 30, 2025**
Primary Account Number
▓▓▓▓▓7404

IF YOU HAVE QUESTIONS ABOUT ANY OF YOUR BMO ACCOUNTS, PLEASE CALL US TOLL-FREE AT 1-888-340-2265. BMO BANK N.A. MEMBER FDIC. EQUAL HOUSING LENDER. NMLS401052 VISIT US ONLINE AT WWW.BMO.COM.

## Statement Summary

| ACCOUNT DESCRIPTION | ACCOUNT NUMBER | BALANCE (AS OF SEPTEMBER 30, 2025) |
|---|---|---|
| BMO SIMPLE BUSINESS CKG | ▓▓▓404 | $50.00 |

## Account Summary - BMO SIMPLE BUSINESS CKG #4844257404

| BEGINNING BALANCE AS OF SEPTEMBER 03, 2025 | NUMBER OF DEPOSITS | DEPOSIT AMOUNT | NUMBER OF WITHDRAWALS | WITHDRAWAL AMOUNT | SERVICE CHARGES | ENDING BALANCE AS OF SEPTEMBER 30, 2025 |
|---|---|---|---|---|---|---|
| $0.00 | 1 | $100.00 | 1 | $50.00 | $0.00 | $50.00 |

## Monthly Activity Details

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | BEGINNING BALANCE | | | $0.00 |

**FOR YOUR PROTECTION**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding a consumer electronic transfer, consumer card transaction, and consumer overdraft credit line account must be reported within 60 days.

CONTINUED ON NEXT PAGE


NMLS 401052

Filed 10/16/25　　　Case 25-24548　　　Doc 48



bmo.com/contact
888-340-2265

## Monthly Activity Details (cont'd)

| Date | Transaction description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Sep 03 | TELLER DEPOSIT | | $100.00 | $100.00 |
| Sep 22 | REQUESTED WITHDRAWAL | -$50.00 | | $50.00 |
| | **ENDING BALANCE** | | | **$50.00** |



bmo.com/contact
888-340-2265

# Important Information

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS AND CARD TRANSACTIONS**

Call us at 1-888-340-2265 for errors or questions involving Card transactions or electronic transfers, or write to BMO Bank N.A., P.O. Box 94019, Palatine, IL 60094-4019, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the first statement on which the problem or error appeared. This is the information we will need in order to help resolve the problem:

1. Tell us your name, account number, and Card number (if applicable).
2. Describe the error or the transaction and the date of the transaction you are unsure about, and explain why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you also send us your complaint or question in writing within ten Business Days.

We will determine whether an error occurred within 10* Business Days after we hear from you and we will correct any error promptly. If we need more time, however, by law we may take up to 45* days to investigate your complaint or question. If we decide to do this, we will provisionally credit your account within 10* Business Days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If you fail to give us the required written confirmation of your complaint or question, then we may not credit your account or we may revoke the provisional credit we previously gave to you.

We will tell you the results of our investigation within three Business Days after completing our investigation.

*These time periods may be extended as follows. The applicable time is 20 Business Days in place of 10 Business Days for new accounts if the notice of the error involves a transfer to or from the account within the first 30 days your account is open. The applicable time is 90 days in place of 45 days if the notice of error involves a transfer that either (1) was initiated outside the U.S., (2) resulted from a Point-of-Sale transaction, or (3) occurred within the first 30 days your account is open.

**Important information about your Consumer Overdraft Credit Line Account**

**For overdraft credit plans with a fixed Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate does not change.

**For overdraft credit plans with a variable Annual Percentage Rate:**
The periodic rate and corresponding Annual Percentage Rate for this plan is a variable rate which can change monthly. (See your account agreement for details on how the Annual Percentage Rate is determined.)

**CALCULATION OF BALANCE SUBJECT TO INTEREST RATE FOR CONSUMER OVERDRAFT CREDIT LINE ACCOUNTS**

We figure the interest charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance.

The interest charge begins to accrue on the date an advance is posted to the account. The interest charge continues to accrue on the unpaid principal balance after the statement has been printed and mailed to you. There is no "grace period" or "free ride period" which would allow you to avoid an interest charge.

**WHAT TO DO IF YOU THINK YOU FIND A MISTAKE ON YOUR CONSUMER OVERDRAFT CREDIT LINE ACCOUNT STATEMENT**

If you think there is an error on your statement, write to us at: BMO Bank N.A., Attn: Billing Department, P.O. Box 365, Arlington Heights, IL 60006

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Credit Reporting Disputes**

We may report information about your account to the credit bureaus. If you think we've reported inaccurate information, please write to us at: BMO Bank N.A., PO Box 2008, Milwaukee, WI 53201-9288. In your letter, please include name, address, account number and/or social security number, reason for dispute, and your signature to indicate you're the borrower submitting this dispute.

Date: 05/2025