**6 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor in Possession*
*Try Trout and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, a California Limited Liability Company, | DCN: GTG-5 |
| Debtor in Possession. | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | Date: November 19, 2025<br>Time: 11:00 a.m. Pacific Time<br>Place: Courtroom 32, 6th Floor<br>      Sacramento Division<br>      501 I Street<br>      Sacramento, CA 95814 |

**DEBTOR IN POSSESSION'S APPLICATION FOR ORDER AUTHORIZING**
**EMPLOYMENT AND COMPENSATION OF APPRAISER**

Try Trout and Industrial, LLC, a California limited liability company, the Debtor and Debtor in Possession (the "Debtor in Possession") in the above-referenced chapter 11 case (the "Case"), hereby moves the Court under 11 U.S.C. §§ 327 and 328 and Fed. R. Bankr. P. 2014 to authorize the employment of Cushman & Wakefield Western, Inc. ("Cushman & Wakefield" or the "Appraiser") as real estate appraiser and to compensate the Appraiser on the terms stated herein, and in support of this application (the "Application"), respectfully represents the following:

## REQUEST FOR RELIEF

The Debtor in Possession respectfully requests that the Court enter an Order:

A. Authorizing the Debtor in Possession to hire Cushman & Wakefield under 11 U.S.C. §§ 327 and 328 to perform the appraisals of the properties Creekside Village and Heritage Village in accordance with the terms of the engagement agreements attached as Exhibits 1 and 2, respectively, to the Exhibit Document filed herewith (the "Engagement Agreements" collectively);

B. Approving the flat fee payment of $8,500 on completion of the appraisal report for Heritage Village;

C. Approving the flat fee payment of $10,500 on completion of the appraisal report for Creekside Village;

D. Approving employment of Cushman & Wakefield at the rate of $750 per hour plus travel expenses, if necessary, to testify concerning the completed appraisal reports; and

E. Granting such other relief as is just and appropriate in the circumstances of this bankruptcy case.

## BACKGROUND

1. On August 27, 2025, the Debtor in Possession filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Case").

2. The Debtor in Possession is a California limited liability company that owns two real estate development projects in Truckee, California, referred to as Heritage Village and Creekside Village (the "Properties" collectively).

3. The Heritage Village project spans 7.93 acres and is proposed for the development of 108 for-sale condominium units over ground floor retail. In 2023, the Heritage Village property was appraised for $39.5 million.

4. The Creekside Village project spans 5.44 acres and is proposed for the development of 49 single-family homes and attached townhomes. In 2023, the Creekside Village property was appraised for $26.25 million.

5. The Debtor in Possession submits there is significant equity in the Properties.

6.  The Case was filed on August 27, 2025, the date on which Builders Capital scheduled a foreclosure sale. Through this bankruptcy case, the Debtor in Possession seeks to preserve the estate's equity for the benefit of creditors, and, ideally, for equity holders. The Debtor in Possession is exploring all options to maximize the value of the Properties, including a sale of one or both projects, as well as refinancing and joint venture exit strategies.

## REASON FOR SELECTION, SCOPE OF SERVICES, AND PROPOSED COMPENSATION

7.  The Debtor in Possession requests the authority to employ and compensate Cushman & Wakefield to perform current appraisals of Creekside Village and Heritage Village.

8.  Descriptions of the terms of the engagement are contained in the Engagement Agreements. Cushman & Wakefield has agreed to provide testimony at the rate of $750 per hour plus travel expenses. Declaration of Jason W. Garlock ("Garlock Declaration"), Paragraphs ("Para.") 5 and 6, filed concurrently herewith.

9.  The Debtor in Possession has requested the services of Cushman & Wakefield because it is well-qualified to prepare the appraisals. The firm, and more specifically, Jason W. Garlock MAI, the appraiser who will be performing the services, has extensive experience in real estate valuation, including appraisals of land proposed for development for residential subdivisions like Creekside Village and for mixed-use commercial and residential properties, like Heritage Village. Garlock Declaration Para. 4.

10. Cushman & Wakefield has offered to complete the appraisals at reasonable prices ($8,500 for Heritage Village and $10,500 for Creekside Village), and also importantly, has indicated that it will perform the appraisals in a timely manner (within 21 days from the signing of the Engagement Agreements and the receipt of requested information). Sections IV of Exhibits 1 and 2.

11. The Debtor in Possession requests confirmation of its independent authority to pay Cushman & Wakefield the appraisal fees of $8,500 and $10,500 to prepare the appraisals of Heritage Village and Creekside Village, respectively, without further order of this Court.

12. If testimony is needed, the Debtor in Possession requests authority to compensate the Appraiser for such testimony at a rate of $750 per hour plus travel expenses.

13. The Debtor in Possession believes it is necessary and in the best interests of the estate that Cushman & Wakefield be employed to prepare the appraisals under the compensation arrangement described above so that the Debtor in Possession can proceed with its efforts to maximize the Estate's equity through possible sale, refinance, or joint venture exit strategies.

**PROFESSIONAL'S DISINTERESTEDNESS**

14. Except as stated in the attached Declaration of Jason W. Garlock, Cushman & Wakefield has no connection with the Debtor, its creditors, or any other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee. Garlock Declaration, Para. 10 and 11.

15. As set forth in the Declaration of Jason W. Garlock, he believes Cushman & Wakefield is "disinterested" and does not hold or represent an interest adverse to the estate as described in 11 U.S.C. § 327(a).

**MEMORANDUM OF POINTS AND AUTHORITIES[1]**

11 U.S.C. § 327(a) authorizes a debtor in possession, with court approval, to employ an appraiser or other professional person who is disinterested and does not hold or represent an interest adverse to the estate. Fed. R. Bankr. P. 2014(a) requires the filing of an application stating the specific facts showing the necessity for employment, the name of the person to be employed, the reasons for selection, the professional services to be rendered, any proposed compensation arrangement, and a verified statement of the person to be employed.

Accurate appraisals of Heritage Village and Creekside Village are essential to determine their fair market values. The valuations will allow the Debtor in Possession to evaluate its options to maximize asset value for the benefit of the estate and creditors.

Cushman & Wakefield is well-qualified to perform the required services. The firm has

---

[1] A combined motion and memorandum of points and authorities is being filed pursuant to LBR 9014-1(d)(4) (authorizing combined motion and memorandum if fewer than six pages in length.)

extensive experience in valuing assets of this nature and has no interests adverse to the estate. Cushman & Wakefiled has submitted a declaration attesting to its disinterestedness and confirming that it hold no connections that would impair its ability to provide objective and unbiased valuation services.

The Debtor in Possession proposes to retain the Appraiser pursuant to the terms set forth in the attached Engagement Agreements. Compensation will consist of flat fees of $8,500 for the appraisal of Heritage Village and $10,500 for the appraisal of Creekside Village. In the even that testimony is required, Cushman & Wakefield will be compensated at an hourly rate of $750 plus reimbursement of reasonable travel expenses.

The employment of Cushman & Wakefield is necessary and in the best interests of the estate and the Appraiser meets the requirements of 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a).

WHEREFORE, the Debtor in Possession respectfully requests that this Court enter an order granting the relief requested in the proposed order submitted herewith, thereby approving the application and granting the following relief:

1. The employment of Cushman & Wakefield Western, Inc. (the "Appraiser") to perform the appraisal of Heritage Village for the fixed fee of $8,500 is approved.

2. The employment of the Appraiser to perform the appraisal of Creekside Village for the fixed fee of $10,500 is approved.

3. To the extent the Debtor has sufficient funds available, the Debtor is authorized to pay the fixed fee appraisal fees set forth herein upon Debtors' receipt of the appraisals.

4. The Debtor is authorized to retain the Appraiser at the rate of $750 per hour plus reasonable travel expenses, if necessary, to testify regarding the completed appraisals. All compensation for testimony or other services shall be subject to submission of a fee application in accordance with Sections 330 and 331 of the Bankruptcy Code.

. . .

Dated this 22nd day of October 2025.

　　　　　　　　　　　　　　　　GARMAN TURNER GORDON LLP

　　　　　　　　　　　　　　　　By: */s/ Talitha Gray Kozlowski*
　　　　　　　　　　　　　　　　　　WILLIAM M. NOALL, ESQ.
　　　　　　　　　　　　　　　　　　TALITHA GRAY KOZLOWSKI, ESQ.
　　　　　　　　　　　　　　　　　　7251 Amigo Street, Suite 210
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89119
　　　　　　　　　　　　　　　　　　*Attorneys for Debtor Try Trout and Industrial, LLC*