**3 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout
and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re:<br><br>TRY TROUT AND INDUSTRIAL, LLC,<br><br>Debtor.[1] | CASE No. 25-24548-B-1<br><br>DCN:<br><br>Chapter 11<br><br>Judge:  Hon. Christopher D. Jamie<br><br>Date:   December 2, 2025<br>Time:   11:00 a.m.<br>Dept:   E, Sacramento<br>Ctrm:   32, 6th Floor |

**STATUS CONFERENCE REPORT FOR DECEMBER 2, 2025**

Try Trout and Industrial, LLC, debtor and debtor-in-possession ("Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), hereby files its *Status Conference Report for December 2, 2025*.

**1.     History of the Debtor and Events Leading to the Chapter 11 Case.**

Debtor owns two separate development projects in Truckee, California, referred to as Heritage Village and Creekside Village.  The Heritage Village project is situated within the

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535).  The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

confines of four assessor's parcels identified as 019-421-011-000, 019-421-012-000, 019-421-021-000 and 019-421-022-000, which contain a total land area of 7.93 acres. The site is proposed for the development of 108 for-sale condominium units over ground floor retail. Heritage Village will feature 22 floorplans ranging in size from 433 to 2,997 square feet. In 2023, the Heritage Village property was appraised for $39.5 million.

The Creekside Village project is situated within the confines of assessor's parcel 019-421-014-000 and consists of 5.44 acres of vacant land proposed for the development of 49 single-family homes and attached townhomes, which will feature ten floorplans ranging in size from 1,393 to 2,891 square feet. In 2023, the Creekside Village property was appraised for $26.25 million.

The secured debt encumbers both projects and is approximately $32 million. The first position lender is Construction Loan Services II, LLC ("Builders Capital") and the second position lender is Truckee Development Association ("TDA"). Debtor submits that Builders Capital and TDA are over secured by more than $25 million in equity.

Debtor has put considerable time and funds into the Creekside Village and Heritage Village projects. The Town of Truckee is very supportive of the Debtor's development plans and the Debtor believes a tentative map may be obtained in the Spring of 2025.

The Chapter 11 Case was filed because Builders Capital scheduled a foreclosure sale for August 27, 2025. Through the Chapter 11 Case, the Debtor seeks to preserve the equity in the Debtor's property for the benefit of all creditors, and hopefully equity. Debtor is exploring all options to maximize the value, including a sale of one or both projects, as well as refinancing and joint venture exit strategies.

**2. Debtor's Post-Petition Actions.**

Debtor has been working with its secured lenders, Builders Capital and TDA, to resolve disputes and implement its reorganization strategy. To this end, at the request of Builders Capital, Debtor and Builders Capital entered into the *Stipulation Regarding Single Asset Real Estate Designation*, filed on October 13, 2025. Debtor has also been working with the secured lenders

regarding the retention and payment of brokers to effectuate a sale, which negotiations are on-going. Debtor expects to submit a stipulation on these issues this week. Debtor has also retained Cushman & Wakefield Western, Inc. to appraise the Property. The application to employ the appraisers is scheduled for hearing on November 19, 2025. The application is unopposed.

In addition to the sale, Debtor continues to explore refinancing and joint venture options. Debtor intends to file its plan of reorganization before November 25, 2025.

Dated this 19th day of November, 2025.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
WILLIAM M. NOALL, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Debtor Try Trout and Industrial, LLC*