**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

FILED
DEC 02 2025
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:　　　　　　　　　　　　　) Case No. 25-24548-B-11
　　　　　　　　　　　　　　　　)
TRY TROUT AND INDUSTRIAL, LLC,　) DC No. GTG-7
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　Debtor(s).　　　　)
_____)

**ORDER NOT APPROVING STIPULATION REGARDING
PAYMENT OF ALLOWED CONTRACTUAL COMPENSATION**

　　The *Stipulation Regarding Payment of Allowed Contractual Compensation and Reimbursement of Expenses of Certain To-be Court Approved Real Estate Brokers* will not be approved. The stipulation must be scheduled for hearing or an application for employment of brokers filed.

　　IT IS SO ORDERED.

　　Dated: December 2, 2025.

　　　　　　　　　　　　　　　　CHRISTOPHER D. JAIME, CHIEF JUDGE
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

William M. Noall
7251 Amigo Street, Suite 210
Las Vegas NV 89119