1 | **2 PAGES**
GARMAN TURNER GORDON LLP
2 | WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
3 | TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
4 | Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
5 | Las Vegas, Nevada 89119
Tel: 725.777.3000
6 | Fax: 725.777.3112
*Attorneys for Debtor in Possession*
7 | *Try Trout and Industrial, LLC*

8 |                    **UNITED STATES BANKRUPTCY COURT**
                          **EASTERN DISTRICT OF CALIFORNIA**
9 |                              **SACRAMENTO DIVISION**

10 |

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, a California limited liability company, | DCN: GTG-6 |
| | Chapter 11 |
| Debtor in Possession. | |
| | Judge: Hon. Christopher D. Jamie |
| | Date: March 10, 2026 |
| | Time: 11:00 a.m. Pacific Time |
| | Place: Courtroom 32, 6th Floor |
| | Sacramento Division |
| | 501 I Street |
| | Sacramento, CA 95814 |

**AMENDED EXHIBITS TO DEBTOR'S MOTION FOR ORDER: (I) APPROVING THE DISCLOSURE STATEMENT; AND (II) SETTING DEADLINES FOR BALLOTING**

| Exhibit No. | Exhibit Description | Page |
|---|---|---|
| 1. | [Proposed] Order Granting Debtor's Motion for Order: (1) Approving Disclosure Statement; and (2) Setting Deadlines for Balloting | 3 |
| 2. | Notice of (I) Approval of Disclosure Statement; (II) Establishment of Record Date; (III) Hearing on Confirmation of Debtor's Amended Plan of Reorganization; (IV) Procedures for Objecting to Confirmation of the Plan; and (V) Procedures and Deadlines for Voting on the Plan | 9 |

AMENDED EXHIBITS TO DEBTOR'S MOTION FOR ORDER: (I) APPROVING THE DISCLOSURE
STATEMENT; AND (II) SETTING DEADLINES FOR BALLOTING

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

| 3. | Notice of Non-Voting Status | 14 |
|---|---|---|
| 4. | Class 1 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 16 |
| 5. | Class 2 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 19 |
| 6. | Class 3 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 22 |
| 7. | Class 4 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 25 |
| 8. | Class 5 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 28 |
| 9. | Class 6 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 31 |
| 10. | Class 7 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 34 |
| 11. | Class 8 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 37 |
| 12. | Class 9 Ballot for Accepting or Rejecting Debtor's Amended Plan of Reorganization | 40 |

Dated this 26th day of February 2026.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
WILLIAM M. NOALL, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Debtor Try Trout and Industrial, LLC*

AMENDED EXHIBITS TO DEBTOR'S MOTION FOR ORDER: (I) APPROVING THE DISCLOSURE
STATEMENT; AND (II) SETTING DEADLINES FOR BALLOTING

# EXHIBIT 1

# EXHIBIT 1

**5 PAGES**

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor in Possession*
*Try Trout and Industrial, LLC*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, a California Limited Liability Company, | DCN: GTG-6 |
| | Chapter 11 |
| Debtor in Possession. | |
| | Judge: Hon. Christopher D. Jamie |
| | Date: March 10, 2026 |
| | Time: 11:00 a.m. Pacific Time |
| | Place: Courtroom 32, 6th Floor |
| | Sacramento Division |
| | 501 I Street |
| | Sacramento, CA 95814 |

**ORDER GRANTING MOTION FOR ORDER: (I) APPROVING THE DISCLOSURE STATEMENT AND (II) SETTING DEADLINES FOR BALLOTING**

Try Trout and Industrial, LLC, debtor in possession (the "Debtor"), filed its *Motion for Order: (i) Approving the Disclosure Statement; and (ii) Setting Deadlines for Balloting* (the "Motion"), which came on for hearing before the above-captioned Court on March 10, 2026, at 11:00 a.m. ("Hearing"). All appearances were duly noted on the record at the Hearing on the Motion.

1    The Court having reviewed the Motion, *Debtor's Amended Plan of Reorganization* (the

2    "Plan"), the *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the

3    "Disclosure Statement"),[1] the *Amended Exhibits to Debtor's Motion for Order: (I) Approving the*

4    *Disclosure Statement; and (II) Setting Deadlines for Balloting* (the "Revised Exhibits"), and other

5    related pleadings and papers on file in the Chapter 11 Case and heard and considered the argument

6    of counsel at the Hearing.  The Court held that it has the requisite jurisdiction to consider the

7    Motion, the relief requested in the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2),

8    and venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

9        The Court having stated its findings of fact and conclusions of law on the record at the

10   Hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made

11   applicable pursuant to Fed. R. Bankr. P. 9014 and 7052.  The Court, having determined that the

12   relief requested in the Motion is in the best interests of Debtor, its estate, and creditors, and good

13   cause appearing therefor,

14       **IT IS HEREBY ORDERED** that:

15       1.      Notice of the Motion and the Hearing was good and sufficient notice to all

16   interested parties and no other or further notice need be provided.

17       2.      The Disclosure Statement contains "adequate information" within the meaning of

18   Section 1125 of the Bankruptcy Code.

19       3.      The Ballots to be distributed to the voting classes substantially conform to Official

20   Form No. 14, modified as necessary to address the particular aspects of the Chapter 11 Case.

21       4.      The period, set forth below, during which Debtor may solicit acceptances or

22   rejections of the Plan is a reasonable and adequate period of time for Creditors and Equity Security

23   Holder in the voting classes to make an informed decision to accept or reject the Plan.

24

25

26   _____

27   [1] All capitalized, undefined terms shall have the meanings ascribed to them in the Disclosure Statement.

28   ORDER GRANTING MOTION FOR ORDER: (I) APPROVING THE DISCLOSURE STATEMENT; AND (ii)
     SETTING DEADLINES FOR BALLOTING

5.      The procedures for the solicitation and tabulation of votes to accept or reject the Plan (as more fully set forth in the Motion and below) provide for a fair and equitable voting process and are consistent with Section 1126 of the Bankruptcy Code.

6.      The Confirmation Hearing Notice attached as exhibit 2 to the Revised Exhibits conforms to the requirements of the Bankruptcy Code and the Local Rules.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1.      The Motion, as modified by the Revised Exhibits, is granted.

2.      Each of the Revised Exhibits is approved in its entirety as to both its form and its content.

3.      Pursuant to Section 1125 and Bankruptcy Rule 3017, the Disclosure Statement is approved.

4.      February 10, 2026, will be the date established as the record date (the "Record Date") for purposes of this Order and determining which Creditors and Equity Security Holders are entitled to vote on the Plan.

5.      Debtor is directed to distribute or cause to be distributed solicitation packages (the "Solicitation Packages") containing a copy of: (a) this Order; (b) the Confirmation Hearing Notice; and (c) either (i) a Ballot, together with a copy of the Disclosure Statement (together with the Plan attached thereto), or (ii) Notice of Non-Voting Status by no later than five (5) business days after entry of this Order (the "Solicitation Date").

6.      Debtor is directed to distribute or cause to be distributed by the Solicitation Date, the Solicitation Package without a Ballot, voting instructions, or return envelope to the Office of the United States Trustee, the Securities and Exchange Commission, and the Internal Revenue Service.

7.      Solicitation Packages, which shall include Ballots, shall be distributed to Holders as of the Record Date of Allowed Claims in Class 1 Claim (Builders Capital Claim), Class 2 Claim (TDA Secured Claim), Class 3 Claims (Sortis Secured Claim), Class 4 Claims (Secured Tax

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

Claims), Class 5 Claims (Priority Unsecured Claims), Class 6 Claim (TDA Unsecured Claim), Class 7 Claim (Sortis Unsecured Claim), Class 8 Claims (General Unsecured Claims), and Class 9 Equity Securities, which Classes are designated as Impaired under the Plan and entitled to vote to accept or reject the Plan.

8.      Solicitation Packages, which shall include the Notice of Non-Voting Status (but which shall exclude the Plan, Disclosure Statement, and any Ballots), shall be distributed to holders of unclassified claims, any non-creditor party in interest requesting special notice, and holders of executory contracts that have not been assured or rejected.

9.      All Ballots must be properly executed, completed, and original thereof shall be delivered to Debtor's counsel so as to be actually received no later than 5:00 p.m. (Pacific Time) fourteen (14) days prior to the confirmation hearing, being _____, 2026 (the "Voting Deadline").

10.     Solely for purposes of voting to accept or reject the Plan and not for the purpose of the allowance of, or distribution on account of, a claim and without prejudice to the rights of the Debtor, each claim entitled to vote to accept or reject the Plan shall be entitled to vote the amount of such claim as set forth in the Schedules, unless such holder has timely filed a proof of claim, in which event such holder would be entitled to vote the amount of such claim as set forth in such proof of claim.

11.     The Confirmation Hearing will be held on _____, at _____ _.m. (**Pacific Time)**; *provided, however*, that the Confirmation Hearing may be adjourned from time to time by the Court or Debtor without further notice to parties other than announcement in Court at the Confirmation Hearing or any adjourned subsequent Confirmation Hearing, and the Plan may be modified pursuant to the Section 1127 prior to, during, or as a result of the Confirmation Hearing, pursuant to the terms of the Plan.

12.     Any objections to confirmation of the Plan, if any, must be in writing; state the name and address of the objecting party and the amount of nature of the claim or interest of such party; state with particularity the basis and nature of any objection; and be filed, together with proof of service, with the Court no later than _____, **2026.** Objections to confirmation of the Plan not timely

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

1    filed and served in the manner set forth herein shall not be considered and shall be overruled.  All

2    further replies to any objections to confirmation and Debtor's points and authorities in support of

3    confirmation of the Plan and proposed modifications must be filed with the Court by no later than

4    **_____, 2026**.

5         13.    The Ballot Tabulation must be filed by the Debtor on or before seven (7) days prior to

6    the Confirmation Hearing, being _____, 2026**.**

7         14.    Debtor is authorized to make nonsubstantive changes to the Disclosure Statement, the

8    Plan, and related documents with consent or no objection from the United States Trustee and any party

9    who filed a timely objection to the Disclosure Statement, without further order of the Court, including,

10   without limitation, changes to correct typographical and grammatical errors and to make conforming

11   changes among the Disclosure Statement, the Plan, and any other materials in the Solicitation Package

12   prior to their distribution.

13        **IT IS SO ORDERED**.

14

15        Dated: _____, 2026

16

17

18                                    _____

19                                    UNITED STATES BANKRUPTCY JUDGE

20

21

22

23

24

25

26

27

28

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

ORDER GRANTING MOTION FOR ORDER: (I) APPROVING THE DISCLOSURE STATEMENT; AND (ii)
SETTING DEADLINES FOR BALLOTING
5

# EXHIBIT 2

# EXHIBIT 2

**4 PAGES**

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor in Possession*
*Try Trout and Industrial, LLC*

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, a California limited liability company, | DCN: GTG-6 |
| | Chapter 11 |
| Debtor in Possession. | |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing:**<br>Date: _____, 2026<br>Time: 11:00 a.m. Pacific Time<br>Place: Courtroom 32, 6th Floor<br>    Sacramento Division<br>    501 I Street<br>    Sacramento, CA 95814 |

**NOTICE OF: (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION; (IV) PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (V) PROCEDURES AND DEADLINES FOR VOTING ON THE PLAN**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST AND EQUITY SECURITIES IN THE ABOVE-CAPTIONED DEBTOR, PLEASE TAKE NOTICE THAT:**

1.  **Approval of Disclosure Statement.** The United States Bankruptcy Court for the Eastern District of California, Sacramento Division (the "Court") approved the *Disclosure*

*Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement") pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") filed by Try Trout and Industrial, LLC (the "Debtor"), and directed Debtor to solicit votes with regard to the approval or rejection of *Debtor's Amended Plan of Reorganization*, attached as Exhibit "1" to the Disclosure Statement(the "Plan").

     **2.**    **Confirmation Hearing.**  A hearing to consider confirmation of the Plan (the "Confirmation Hearing") will be held before a United States Bankruptcy Judge, in Courtroom 32, 501 I Street, 6th Floor, Sacramento, California 95814, commencing on **_____, 2026, at _____ _.m**. (Pacific Time).  The Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Court in open court of the adjourned date at the Confirmation Hearing or any continued hearing, and the Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing in accordance with the terms of the Plan, without further notice to interested parties.  Subject to the Bankruptcy Court's rules and procedures, creditors, counsel, and other interested parties may attend the hearing in person or by Zoom.

     **3.**    **Solicitation Classes and Record Date for Voting Purposes.**  The following Creditors as of February 10, 2026 (the "Record Date"), are entitled to vote on the Plan: Class 1 Claim (Builders Capital Claim), Class 2 Claim (TDA Secured Claim), Class 3 Claims (Sortis Secured Claim), Class 4 Claims (Secured Tax Claims), Class 5 Claims (Priority Unsecured Claims), Class 6 Claim (TDA Unsecured Claim), Class 7 Claim (Sortis Unsecured Claim), Class 8 Claims (General Unsecured Claims), and Class 9 Equity Securities.

     **4.**    **Voting Deadline.**  All votes to accept or reject the Plan must be received by 5:00 p.m. (Pacific Time) on _____, 2026.  Any failure to follow the voting instructions on the ballots (the "Ballots") that will be included in the solicitation packages may disqualify your Ballot and your vote.

5. **Parties-in-Interest Not Entitled to Vote.** Any party-in-interest that is not a creditor or an equity securities holder. Such Holders will receive a Notice of Non-Voting Status, rather than a Ballot and solicitation package.

6. **Objections to Confirmation.** Further objections, if any, to the confirmation of the Plan must be filed, together with proof of service, with the Bankruptcy Court and served by no later than _____, 2026. Further replies to such objections and proposed modifications must be served by no later than _____, 2026.

7. **Additional Information.** Any party in interest wishing to obtain: (i) information about the solicitation procedures; or (ii) copies of the Plan or Disclosure Statement, should contact the Debtor's counsel, the law firm of Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., at (725) 777-3000, tgray@gtg.legal, or via regular mail at 7251 Amigo Street, Suite 210, Las Vegas, NV 89119. Any party in interest wishing to view the Plan and Disclosure Statement may also view such documents by accessing the Court's Electronic Case Filing System, which can be found at https://www.canb.uscourts.gov.

8. Sections 9.3, 9.5, and 9.6 of the Plan provide the following discharge, injunction, and exculpation provisions:

> **9.3-Discharge. On the Effective Date, unless otherwise expressly provided in the Plan and the Confirmation Order, Debtor shall be discharged from any and all Claims to the fullest extent provided in the Bankruptcy Code, including Sections 524 and 1141. All consideration distributed under this Plan or the Confirmation Order shall be in exchange for, and in complete satisfaction, settlement, discharge, and release of all Claims of any kind or nature whatsoever against Debtor or any of its Assets or properties, and regardless of whether any property shall have been distributed, transferred, or retained pursuant to this Plan on account of such Claims. Except as otherwise expressly provided by this Plan and the Confirmation Order, upon the Effective Date, Debtor shall be deemed discharged and released under and to the fullest extent provided under Section 1141(d)(1)(A) of the Bankruptcy Code from any and all Claims of any kind or nature whatsoever, including, but not limited to, demands and liabilities that arose before the Confirmation Date, and all debts of the kind specified in Section 502(g), 502(h), or 502(i) of the Bankruptcy Code. Nothing herein shall be construed as effectuating a release of any Allowed Administrative**

NOTICE OF: (I) APPROVAL OF DISCLOSURE STATEMENT; (II) ESTABLISHMENT OF RECORD DATE; (III) HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION; (IV) PROCEDURES FOR OBJECTING TO CONFIRMATION OF THE PLAN; AND (V) PROCEDURES AND DEADLINES FOR VOTING ON THE PLAN

3

Claims.

**9.5-Injunction.  From and after the Effective Date, and except as provided in this Plan and the Confirmation Order, all entities that have held, currently hold, or may hold a Claim or Equity Security or other right of an Equity Security Holder that is terminated pursuant to the terms of this Plan are permanently enjoined from taking any of the following actions on account of any such Claims or terminated Equity Securities or rights: (i) commencing or continuing in any manner any action or other proceeding against Debtor, Reorganized Debtor, or their respective property; (ii) enforcing, attaching, collecting, or recovering in any manner any judgment, award, decree, or order against Debtor, Reorganized Debtor, or their respective property; (iii) creating, perfecting, or enforcing any Lien or encumbrance against Debtor, Reorganized Debtor, or their respective property; (iv) asserting a right of subrogation of any kind against any debt, liability, or obligation due to Debtor, the Reorganized Debtor, or their respective property; and (v) commencing or continuing any action, in any manner or any place, that does not comply with or is inconsistent with the provisions of this Plan or the Bankruptcy Code**

**9.6-Exculpation.   From and after the Effective Date, neither Debtor, Reorganized Debtor, their respective professionals, nor any of their respective present or former members, directors, officers, managers, employees, advisors, attorneys, or agents, shall have or incur any liability, including derivative claims, but excluding direct claims, to any Holder of a Claim or Equity Security or any other party-in-interest, or any of their respective agents, employees, representatives, financial advisors, attorneys, or Affiliates, or any of their successors or assigns, for any act in connection with causing Debtor to act in its Chapter 11 Case from the Petition Date through the Effective Date, including the pursuit of confirmation of this Plan or any prior plan or the substantialconsummation of this Plan, except for gross negligence and willful misconduct, and in all respects shall be entitled to reasonably rely upon the advice of Debtor's counsel with respect to their duties and responsibilities under this Plan or in the context of the Chapter 11 Case.**

Dated this ___ day of February, 2026.

GARMAN TURNER GORDON LLP

By: _____
WILLIAM M. NOALL, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Debtor*

# EXHIBIT 3

# EXHIBIT 3

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-1 |
| Debtor.[1] | Chapter 11 |
| | Judge:  Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:**<br>**Confirmation Hearing Time:** |

<u>**NOTICE OF NON-VOTING STATUS**</u>

**PLEASE TAKE NOTICE THAT** the United States Bankruptcy Court for the Eastern District of California, Sacramento Division, approved *Debtor's Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "<u>Disclosure Statement</u>") filed by Try Trout and Industrial, LLC (the "<u>Debtor</u>"), and directed Debtor to solicit votes from Holders of Claims in Class 1 Claim (Builders Capital Claim), Class 2 Claim (TDA Secured Claim), Class 3 Claim (Sortis Secured Claim), Class 4 Claims (Secured Tax Claims), Class 5 Claim (Priority Unsecured Claims), Class 6 Claim (TDA Unsecured Claim), and Class 7 Claim (Sortis Unsecured Claim), Class 8 Claim (General Unsecured Claims), and Class 9 (Equity Securities) to accept or reject *Debtor's Amended Plan of Reorganization* (as may be further amended, the "<u>Plan</u>"), attached thereto.

**NON-VOTING STATUS - CLASSES NOT ENTITLED TO VOTE:** As set forth in the Plan and Disclosure Statement, Holders of Unclassified Claims shall be paid in full under the Plan consistent with the requirements of Section 1129(a)(9)(A) and are not entitled to vote on the Plan.

This notice is provided for informational purposes only.  Information and/or copies of the Plan and the Disclosure Statement may be obtained via e-mail by contacting Debtor's counsel, the law firm of Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., at (725) 777-3000, tgray@gtg.legal, or via regular mail at 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119.

DATED this ___ day of _____, 2026.

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535).  The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

# EXHIBIT 4

# EXHIBIT 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:** **Confirmation Hearing Time:** |

**CLASS 1 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Amended Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ .m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Amended Plan. Only the Holder of the Class 1 Claim (Builders Capital Claim) is Impaired and entitled to vote with regard to the Class 1 Claim. If you are the Holder of the Builders Capital Claim, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

**ACCEPTANCE OR REJECTION OF THE AMENDED PLAN**

The undersigned is the holder of a Class 1 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

      **CHECK <u>ONE</u> BOX ONLY:**

[  ]    I VOTE TO ACCEPT THE PLAN      [  ]      I VOTE TO REJECT THE PLAN

Dated:_____

                             **Print or Type**

                             Name: _____

                             Signature: _____

                             Title:_____
                             Address: _____

                             _____

      **RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

            GARMAN TURNER GORDON LLP
            ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
            7251 Amigo Street, Suite 210
            Las Vegas, NV  89119
            Tel: (725) 777-3000
            E-Mail:  tgray@gtg.legal

      This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 5

# EXHIBIT 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:** |
| | **Confirmation Hearing Time:** |

**CLASS 2 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Amended Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ _.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Only the Holder of the Class 2 Claim (TDA Secured Claim) is Impaired and entitled to vote with regard to the Class 2 Claim. If you are the Holder of the TDA Secured Claim, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 2 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

**CHECK <u>ONE</u> BOX ONLY:**

[  ]   I VOTE TO ACCEPT THE PLAN        [  ]        I VOTE TO REJECT THE PLAN

Dated:_____

**Print or Type**

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

       GARMAN TURNER GORDON LLP
       ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
       7251 Amigo Street, Suite 210
       Las Vegas, NV  89119
       Tel: (725) 777-3000
       E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan.  Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 6

# EXHIBIT 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:**
**Confirmation Hearing Time:** |

**CLASS 3 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ _.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Plan. Only the Holder of the Class 3 Claim (Sortis Secured Claim) is Impaired and entitled to vote with regard to the Class 3 Claim. If you are the Holder of the Sortis Secured Claim, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 3 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

### CHECK <u>ONE</u> BOX ONLY:

[  ]    I VOTE TO ACCEPT THE PLAN          [  ]          I VOTE TO REJECT THE PLAN

Dated:_____

**Print or Type**

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

GARMAN TURNER GORDON LLP
ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Tel: (725) 777-3000
E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 7

# EXHIBIT 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:**<br>**Confirmation Hearing Time:** |

**CLASS 4 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ _.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Only the Holders of the Class 4 Claims (Secured Tax Claims) are Impaired and entitled to vote with regard to the Class 4 Claims. If you are the Holder of the Secured Tax Claims, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 4 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

### CHECK <u>ONE</u> BOX ONLY:

[  ]    I VOTE TO ACCEPT THE PLAN          [  ]          I VOTE TO REJECT THE PLAN

Dated:_____

**Print or Type**

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

GARMAN TURNER GORDON LLP
ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Tel: (725) 777-3000
E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 8

# EXHIBIT 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:** |
| | **Confirmation Hearing Time:** |

**CLASS 5 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ __.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Only the Holders of the Class 5 Claims (Priority Unsecured Claims) are Impaired and entitled to vote with regard to the Class 5 Claim. If you are the Holder of a Priority Unsecured Claim, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 5 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

### CHECK ONE BOX ONLY:

[  ]    I VOTE TO ACCEPT THE PLAN            [  ]          I VOTE TO REJECT THE PLAN

Dated:_____

### Print or Type

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

   GARMAN TURNER GORDON LLP
   ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
   7251 Amigo Street, Suite 210
   Las Vegas, NV  89119
   Tel: (725) 777-3000
   E-Mail:  tgray@gtg.legal

  This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 9

# EXHIBIT 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:** <br> **Confirmation Hearing Time:** |

**CLASS 6 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

      Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February \_\_, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at \_\_\_\_\_ \_.m. (Pacific Time).

      **You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Plan. Only the Holder of the Class 6 Claim (TDA Unsecured Claim) is Impaired and entitled to vote with regard to the Class 6 Claims. If you are the Holder of the TDA Unsecured Claim, Debtor encourages you to vote and return this Ballot as instructed.**

      **IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 6 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

### CHECK <u>ONE</u> BOX ONLY:

[  ]   I VOTE TO ACCEPT THE PLAN          [  ]          I VOTE TO REJECT THE PLAN

Dated:_____

### Print or Type

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

GARMAN TURNER GORDON LLP
ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Tel: (725) 777-3000
E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 10

# EXHIBIT 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:** |
| | **Confirmation Hearing Time:** |

**CLASS 7 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ _.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Plan. Only the Holder of the Class 7 Claim (Sortis Unsecured Claim) is Impaired and entitled to vote with regard to the Class 7 Claims. If you are the Holder of the Sortis Unsecured Claim, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 7 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

### CHECK <u>ONE</u> BOX ONLY:

[  ]   I VOTE TO ACCEPT THE PLAN          [  ]          I VOTE TO REJECT THE PLAN

Dated:_____

**Print or Type**

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

      GARMAN TURNER GORDON LLP
      ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
      7251 Amigo Street, Suite 210
      Las Vegas, NV  89119
      Tel: (725) 777-3000
      E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 11

# EXHIBIT 11

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge:  Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:
Confirmation Hearing Time:** |

**CLASS 8 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S
AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal.  The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ __.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote.  You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Plan.  Only the Holders of the Class 8 Claims (General Unsecured Claims) are Impaired and entitled to vote with regard to the Class 8 Claims.  If you are the Holder of a General Unsecured Claim, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535).  The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 8 Claim against Debtor in the unpaid amount of:

_____ Dollars ($_____).

### CHECK ONE BOX ONLY:

[  ]    I VOTE TO ACCEPT THE PLAN          [  ]          I VOTE TO REJECT THE PLAN

Dated:_____

**Print or Type**

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

GARMAN TURNER GORDON LLP
ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Tel: (725) 777-3000
E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.

# EXHIBIT 12

# EXHIBIT 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: GTG-6 |
| Debtor.[1] | Chapter 11 |
| | Judge: Hon. Christopher D. Jamie |
| | **Confirmation Hearing Date:**<br>**Confirmation Hearing Time:** |

**CLASS 9 BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S**
**AMENDED PLAN OF REORGANIZATION**

Try Trout and Industrial, LLC (the "Debtor") filed *Debtor's Amended Plan of Reorganization* ("Plan") on February __, 2026. The *Disclosure Statement to Accompany Debtor's Amended Plan of Reorganization* (the "Disclosure Statement"), which has been approved, provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Garman Turner Gordon LLP, Attn: Talitha Gray Kozlowski, Esq., 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119, Telephone: (725) 777-3000, or E-mail: tgray@gtg.legal. The Confirmation Hearing is scheduled to commence on _____, 2026, at _____ _.m. (Pacific Time).

**You should review the Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Plan. Only the Holders of the Class 9 Equity Securities are Impaired and entitled to vote with regard to Class 9. If you are the Holder of Equity Securities, Debtor encourages you to vote and return this Ballot as instructed.**

**IF YOUR BALLOT IS NOT RECEIVED BY GARMAN TURNER GORDON LLP, ATTN: TALITHA GRAY KOZLOWSKI, ESQ., 7251 AMIGO STREET, SUITE 210, LAS VEGAS, NEVADA 89119, BY FAX (725) 777-3112, OR BY E-MAIL AT TGRAY@GTG.LEGAL, ON OR BEFORE 5:00 P.M. (PACIFIC TIME), ON _____, 2026, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE AMENDED PLAN.**

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE AMENDED PLAN

The undersigned is the holder of a Class 9 Equity Securities in Debtor as follows:

Membership Class _____   Percentage of Membership Interest _____%

### CHECK <u>ONE</u> BOX ONLY:

[  ]   I VOTE TO ACCEPT THE PLAN          [  ]        I VOTE TO REJECT THE PLAN

Dated:_____

**Print or Type**

Name: _____

Signature: _____

Title:_____
Address: _____

_____

**RETURN THIS BALLOT TO: (DEADLINE IS 5:00 P.M. on _____, 2026)**

GARMAN TURNER GORDON LLP
ATTN:  TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, NV  89119
Tel: (725) 777-3000
E-Mail:  tgray@gtg.legal

This Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Amended Plan.  No fees or commissions or remuneration will be payable to any broker, dealer, or other person for soliciting ballots accepting the Amended Plan. Nothing contained herein or in the enclosed documents shall constitute an appointment of you or any other person as the agent of Debtor, authorize you or any other person to use any document or make any statements on behalf of Debtor or with respect to the Amended Plan, except for the statements contained in the documents enclosed herewith.