**2 PAGES**

GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout
and Industrial, LLC*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE No. 25-24548-B-1 |
| TRY TROUT AND INDUSTRIAL, LLC, | DCN: |
| Debtor.[1] | Chapter 11 |
| | **AGREED ORDER APPROVING STIPULATION AVOIDING PRE-PETITION RECORDATION OF ABSTRACT OF JUDGMENT AS AN AVOIDABLE PREFERENCE AND ALLOWANCE OF UNSECURED CLAIM** |
| | Judge: Hon. Christopher D. Jamie |
| | [No hearing requested] |

Try Trout and Industrial, LLC, debtor and debtor-in-possession ("Debtor"), and Keith Dudum ("Mr. Dudum"), by and through their undersigned counsel, entered into a *Stipulation Avoiding Pre-Petition Recordation of Abstract of Judgement as an Avoidable Preference and*

---

[1] The Debtor in this case, along with the last four digits of Debtor's federal tax identification number, is: Try Trout and Industrial, LLC (5535). The Debtor's business address is P.O. Box 2247 Menlo Park, CA 94026.

AGREED ORDER APPROVING STIPULATION AVOIDING PRE-PETITION RECORDATION OF ABSTRACT OF JUDGMENT AS AN AVOIDABLE PREFERENCE AND ALLOWANCE OF UNSECURED CLAIM

*Allowance of Claim as Unsecured* filed on May 29, 2026 ("Stipulation").

The Court has read and reviewed the Stipulation and, good cause appearing, it is

HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1.    The Stipulation is approved.

2.    Debtor is authorized to take all actions necessary or appropriate to carry out the relief granted in the Stipulation.

3.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**IT IS SO ORDERED.**

**Dated:** May 30, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

GARMAN TURNER GORDON

By: */s/ Talitha Gray Kozlowski*
    WILLIAM M. NOALL, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

    *Attorneys for Try Trout & Industrial LLC*

FINESTONE HAYES LLP

By: */s/ Brent D. Meyer*
    BRENT D. MEYER, ESQ.
    456 Montgomery Street, Suite 1300
    San Francisco, California 94104

    *Attorneys for Keith Dudum*

AGREED ORDER APPROVING STIPULATION AVOIDING PRE-PETITION RECORDATION OF ABSTRACT OF JUDGMENT AS AN AVOIDABLE PREFERENCE AND ALLOWANCE OF UNSECURED CLAIM

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000