**2 PAGES**
GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ. (CA Bar No. 122244)
Email: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ. (NV Bar No. 9040)
(*Admitted Pro Hac Vice*)
Email: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
Fax: 725.777.3112
*Attorneys for Debtor Try Trout
and Industrial, LLC*

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>TRY TROUT AND INDUSTRIAL, LLC,<br><br>               Debtor. | CASE No. 25-24548-B-1<br><br>DCN: GTG-9<br><br>Chapter 11<br><br>Judge:  Hon. Christopher D. Jamie<br><br>Place: Courtroom 32, 6th Floor<br>        Sacramento Division<br>        501 I Street<br>        Sacramento, CA 95814<br><br>**Sale Hearing:**<br>Date:  June 30, 3036<br>Time: 11:00 a.m. |

## NOTICE OF BUILDERS CAPITAL FINANCE, LLC AS THE SUCCESSFUL BIDDER

Notice is hereby provided that in accordance with the *Order Approving Bidding Procedures, Scheduling Auction and Sale Hearing, and Approving Notice Procedures* (the "Bid Procedures Order") [ECF No. 134],[1] the bid deadline was June 12, 2026. As set forth in the Bid Procedures Order, "Builders Capital, as the holder of a valid, perfected, first priority security interest in the Property, is authorized to credit bid the capped amount of $25.5 million under

---

[1] All undefined, capitalized terms shall have the meanings set for in the Bid Procedures Order, ECF No. 134.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

Section 363(k) of the Bankruptcy Code.  Builders Capital is approved as the Stocking Horse Bidder with a credit bid of $25.5 million.  Builders Capital's Stocking Horse Bid is a Qualified Bid under the Bid Procedures."  Builders' Capital's credit bid was the only Qualified Bid timely submitted.  Accordingly, the auction was vacated in accordance with the Bid Procedures Order and Builders Capital is the Successful Bidder with its credit bid of $25.5 million.

Dated this 16th day of June 2026.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
     WILLIAM M. NOALL, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Attorneys for Debtor Try Trout and Industrial, LLC*

NOTICE OF BUILDERS CAPITAL FINANCE, LLC AS THE SUCCESSFUL BIDDER
2