**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Try Trout and Industrial, LLC

**Case No.:** 25-24548 - B - 11

**Docket Control No.** GTG-10
**Date:** 06/16/2026
**Time:** 11:00 AM

**Matter:** [139] - Motion/Application for Compensation [GTG-10] by the Law Office of Garman Turner Gordon LLP for Talitha Gray Kozlowski, Debtors Attorney(s). Filed by Talitha Gray Kozlowski (svif)

**Judge: Christopher D. Jaime**
**Courtroom Deputy: Danielle Mobley**
**Reporter: Not Recorded**
**Department: B**

---

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**

---

**CIVIL MINUTES**

Motion Granted on Interim Basis by Order filed 6/5/26, dkt. 151.